# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4683** |
| IS BBFB LLC, and IS 245 NORTH 15TH LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>    Defendant. | Adv. Proc. No. 23-50337 (MFW)<br><br>**Re: Docket No. 9** |

## NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR MAY 24, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfu6qrDguEso2QBH9ZZFmYs1FrtOpw4s

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 9:30 A.M. (ET) ON MAY 24, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**CERTIFICATION OF NO OBJECTION MATTER:**

1.  Twelfth Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4671; filed: 05/09/23]

    Response Deadline:  May 17, 2023 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 4681; filed: 05/18/23]

    B.  **Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4686; signed and docketed: 05/23/23]**

    **Status**: **On May 23, 2022, the Court entered an order approving this motion.**

**PRETRIAL CONFERENCE**

*IS BBFB LLC and IS 245 North 15th LLC v. Center City Healthcare, LLC* – Case No. 23-50337 (MFW)

   Status:  This pretrial conference is being continued to the June 28, 2023 omnibus hearing.

Dated: May 23, 2023

**SAUL EWING LLP**

By:  */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*