# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>    Defendant. | Adv. Proc. No. 23-50337 (MFW)<br><br>**Related to Adv. Doc. No. 7** |

## DEFENDANT CENTER CITY HEALTHCARE, LLC'S MOTION
## FOR PARTIAL DISMISSAL OF THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) made applicable by Federal Rule of Bankruptcy Procedure 7012, defendant Center City Healthcare, LLC ("**Debtor**") respectfully requests the entry of an Order dismissing portions of the *Amended Complaint for Declaratory and Related Relief* [Adv. D. I. 7] (the "**Amended Complaint**") filed by plaintiffs IS BBFB LLC and IS 245 North 15th LLC for failing to state a claim against the Debtor. In support of this motion, the Debtor relies upon their *Memorandum of Law in Support of Defendant Center City Healthcare,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*LLC's Motion For Partial Dismissal Of The Amended Complaint* (the "**Memorandum of Law**") filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the Debtor respectfully requests that this Court issue an Order, in the form attached hereto as **Exhibit A**, granting its motion (a) dismissing certain of the claims asserted against it in the Amended Complaint with prejudice, and (b) granting such other and further relief as this Court may deem just and appropriate.

Dated: June 1, 2023

**SAUL EWING LLP**

By: */s/ Mark Minuti*
    Mark Minuti (DE Bar No. 2659)
    1201 North Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6840
    mark.minuti@saul.com

    -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Shane P. Simon
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    shane.simon@saul.com

    *Counsel for Center City Healthcare, LLC*

2
41476343.3 06/01/2023