# EXHIBIT A

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>Defendant. | Adv. Proc. No. 23-50337 (MFW)<br><br>**Related to Docket No. \_\_\_** |

**ORDER GRANTING DEFENDANT CENTER CITY HEALTHCARE, LLC'S
MOTION FOR PARTIAL DISMISSAL OF THE AMENDED COMPLAINT**

This matter having come before the Court on *Defendant Center City Healthcare, LLC's Motion For Partial Dismissal Of The Amended Complaint* (the "**Motion to Dismiss**")[2]; and the Court having reviewed the Motion to Dismiss and the related briefing; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 134; (b) dismissal of certain the claims set forth in the Complaint is appropriate under Federal Rule 12(b)(6), made

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Dismiss and/or the *Memorandum of Law in Support of Defendant Center City Healthcare, LLC's Motion For Partial Dismissal Of The Amended Complaint*.

applicable by Bankruptcy Rule 7012(b); and (c) the legal and factual bases set forth in the Motion to Dismiss and related briefing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is GRANTED as set forth herein.

2. The claims set forth in paragraphs 128(a) through (d) and (g) and paragraphs 130(a), (f), (h) and (g) of the Amended Complaint are hereby dismissed with prejudice pursuant to Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012(b).

3. The claims set forth in paragraphs 128(e) and (f) of the Amended Complaint that are based upon the EUU and the REA are hereby dismissed with prejudice pursuant to Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012(b).

4. The claims set forth in paragraphs 135 through 138 of the Amended Complaint are hereby dismissed with prejudice pursuant to Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012(b).

5. The claims set forth in paragraphs 140(b) through (d) of the Amended Complaint are hereby dismissed with prejudice pursuant to Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012(b).

6. The Debtor shall serve and file a response to the surviving provisions of the Amended Complaint pursuant to Federal Rule 12(a), made applicable by Bankruptcy Rule 7012(a), on or before fourteen (14) days from the entry of this Order.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.