# EXHIBIT 1

# STIPULATION REGARDING BRIEFING SCHEDULE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>　　　　Defendant. | <br><br><br><br><br>Adv. Proc. No. 23-50337 (MFW)<br><br><br>**Related to Docket Nos. 11 and 12** |

### STIPULATION REGARDING BRIEFING SCHEDULE

NOW COMES plaintiffs IS BBFB LLC and IS 245 North 15th LLC (collectively, the "**Plaintiffs**") and defendant Center City Healthcare, LLC (the "**Debtor**"), by and through their undersigned counsel, and hereby stipulate, subject to approval of the Court, as follows:

　　　　1.　　The Plaintiffs shall serve and file their answering brief or memorandum of law in opposition to the Debtor's motion for partial dismissal of the amended complaint [Adv. Doc. Nos. 11 and 12] (the "**Motion to Dismiss**") on or before June 30, 2023.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

2.  The Debtor shall serve and file its reply brief or memorandum of law in support of its Motions to Dismiss on or before July 21, 2023.

Dated: June 9, 2023

| **SAUL EWING LLP** | **LEECH TISHMAN FUSCALDO & LAMPL** |
|---|---|
| */s/ Mark Minuti* | */s/Jeffrey M. Carbino* |
| Mark Minuti (DE Bar No. 2659) | Jeffrey M. Carbino (DE Bar No. 4062) |
| 1201 N. Market Street, Suite 2300 | 1007 N. Orange Street, Suite 420 |
| P.O. Box 1266 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 985-0985 |
| Telephone: (302) 421-6800 | jcarbino@leechtishman.com |
| mark.minuti@saul.com | |
| | -and- |
| - and – | |
| | Derek E. Jokelson |
| Jeffrey C. Hampton | **JOKELSON LAW GROUP, P.C.** |
| Adam H. Isenberg | 230 South Broad Street, 10th Floor |
| Shane P. Simon | Philadelphia, PA 19102 |
| Centre Square West | Telephone: (215) 757-7556 |
| 1500 Market Street, 38th Floor | dej@jokelson.com |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | -and- |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | Jeffrey Kurtzman |
| shane.simon@saul.com | **KURTZMAN | STEADY, LLC** |
| | 555 City Avenue, Suite 480 |
| *Counsel for the Debtor* | Bala Cynwyd, PA 19004 |
| | Telephone: (215) 839-1222 |
| | kurtzman@kurtzmansteady.com |
| | |
| | *Counsel for the Plaintiffs* |