IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>　　　Defendant. | Adv. Proc. No. 23-50337 (MFW)<br><br>**Re: Docket Nos. 13 and 17** |

### ORDER GRANTING PROTECTIVE MOTION OF DEFENDANT CENTER CITY HEALTHCARE, LLC TO EXTEND TIME TO ANSWER AMENDED COMPLAINT

This matter having come before the Court on the *Protective Motion of Defendant Center City Healthcare, LLC to Extend Time to Answer Amended Complaint* (the "**Motion**")[2]; and the Court having reviewed the Motion and the related briefing; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) and the legal and factual bases set forth in the Motion and related briefing establish just cause for the relief granted herein;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion and/or the *Memorandum of Law in Support of Protective Motion of Defendant Center City Healthcare, LLC to Extend Time to Answer Amended Complaint*.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Defendant Center City Healthcare LLC's time to answer or otherwise respond to the Amended Complaint is extended to fourteen (14) days after the Court renders a decision, by filed order, on the Motion for Partial Dismissal.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 14th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

41633918.4 06/14/2023