# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>Defendant. | Adv. Proc. No. 23-50337 (MFW)<br><br>**Related to Adv. Doc. Nos. 7, 11, 12, 20, 21 and 23** |

## DEFENDANT CENTER CITY HEALTHCARE, LLC'S APPLICATION FOR ORAL ARGUMENT ON DEFENDANT CENTER CITY HEALTHCARE, LLC'S MOTION FOR PARTIAL DISMISSAL OF THE AMENDED COMPLAINT

NOW COMES Center City Healthcare, LLC, the defendant in the above captioned Adversary Proceeding, through its undersigned counsel, pursuant to Del. Bankr. LR 7007-3, and hereby respectfully requests oral argument in connection with the *Defendant Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint* [Adv. D. I. 11] (the "**Motion**"). Briefing on the Motion is now completed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

Dated: July 25, 2023

**SAUL EWING LLP**

By:<u>*/s/ Mark Minuti*</u>
   Mark Minuti (DE Bar No. 2659)
   1201 North Market Street, Suite 2300
   P.O. Box 1266
   Wilmington, DE 19899
   Telephone: (302) 421-6840
   Facsimile: (302) 421-6813
   mark.minuti@saul.com

   -and-

   Jeffrey C. Hampton
   Adam H. Isenberg
   Centre Square West
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-7777
   Facsimile: (215) 972-7725
   jeffrey.hampton@saul.com
   adam.isenberg@saul.com

   *Counsel for the Defendant*