**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>    Defendant. | Adv. Proc. No. 23-50337 (MFW) |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED INITIAL SCHEDULING ORDER**

I, Mark Minuti, counsel to defendant Center City Healthcare, LLC (the "**Defendant**") in the above captioned adversary proceeding (the "**Adversary Proceeding**"), hereby certify, as follows:

1. On April 4, 2023, IS BBFB LLC and IS North 15th LLC (collectively, the "**Plaintiffs**" and together with the Defendant, the "**Parties**") filed their complaint in the Adversary Proceeding [Adv. D. I. 1] and later filed their amended complaint on May 16, 2023 [Adv. D. I. 7] (the "**Amended Complaint**").

2. On June 1, 2023, the Defendant moved for partial dismissal of the Amended Complaint [Adv. D. I. 11, 12] (the "**Motion for Partial Dismissal**"). The Motion for Partial

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

42047659.1

Dismissal has been fully briefed (*see Notice of Completion of Briefing* [Adv. D. I. 25] filed on July 28, 2023) and the Defendant requested oral argument on the Motion for Partial Dismissal on July 25, 2023 [Adv. D. I. 24].

3.  Notwithstanding the pendency of the Motion for Partial Dismissal, the Parties have agreed that document discovery, including third-party document discovery, should begin in the Adversary Proceeding.

4.  Attached hereto as **Exhibit A** is a proposed Initial Scheduling Order (the "**Proposed Scheduling Order**") designed to, *inter alia*, permit the Parties to begin document discovery.

5.  The form of the Proposed Scheduling Order has been approved by counsel to the Plaintiffs.

6.  Absent any questions or concerns from the Court, we would respectfully request that the Court sign the Proposed Scheduling Order and direct that it be docketed.

7.  Of course, we are available to discuss this matter at the Court's convenience.

Date: August 28, 2023                           Respectfully submitted,

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com

*Counsel for Defendant*