# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50337 (MFW) |
| CENTER CITY HEALTHCARE, LLC, | |
| Defendant. | |

### NOTICE OF SERVICE OF DEFENDANT'S RULE 26(A) INITIAL DISCLOSURES

I, Mark Minuti, hereby certify that on September 11, 2023, a true and correct copy of *Defendant's Rule 26(a) Initial Disclosures* was served by First Class Mail and Electronic Mail on the parties on the attached service list.

Date: September 11, 2023          **SAUL EWING LLP**

By:     */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com

*Counsel for Defendant*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

42020292.1 09/11/2023

**Service List**

Jeffrey M. Carbino, Esquire
Leech Tishman Fuscado & Lampl
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
jcarbino@leechtishman.com

Derek E. Jokelson, Esquire
Jokelson Law Group, P.C.
230 South Broad Street, 10th Floor
Philadelphia, PA 19102
dej@jokelson.com

Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
kurtzman@kurtzmansteady.com