# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC,<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, et al.,<br>                      *Debtors.* | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC and<br>IS 245 NORTH 15TH LLC,<br>                      *Plaintiffs,*<br><br>                      *v.*<br><br>CENTER CITY HEALTHCARE, LLC,<br>                      *Defendant.* | Adv. Pro. No. 23-50337 (MFW) |

## NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(A) INITIAL DISCLOSURES AND PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

    I, Derek E. Jokelson, hereby certify that on September 11, 2023, true and correct copies of *Plaintiffs' Rule 26(A) Initial Disclosures* and *Plaintiffs' First Request for Production of Documents* were served by Electronic Mail on: Mark.Minuti@saul.com; Jeffrey.Hampton@saul.com; and Adam.Isenberg@saul.com.

    I further hereby certify that on September 12, 2023, true and correct copies of *Plaintiffs' Rule 26(A) Initial Disclosures* and *Plaintiffs' First Request for Production of Documents* were served by First Class Mail on the parties on the attached service list.

Dated: September 12, 2023
       Philadelphia, Pennsylvania

Respectfully submitted,

*/s/Derek E. Jokelson*
Derek E. Jokelson (PA Bar No.81047)
JOKELSON LAW GROUP, P.C.
230 South Broad Street, 10th Floor
Philadelphia, PA 19102
Telephone: (215) 757-7556
Email: dej@jokelson.com

1

2

## Service List

Mark Minuti
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Jeffrey Hampton
Adam Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2186