# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>　　　　Defendant. | <br><br>Adv. Proc. No. 23-50337 (MFW)<br><br><br>**Re:  Docket Nos. 11, 12, 20, 21, 23 and 24** |

### NOTICE OF HEARING ON DEFENDANT CENTER CITY HEALTHCARE, LLC'S MOTION FOR PARTIAL DISMISSAL OF THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that on June 1, 2023, defendant Center City Healthcare, LLC filed the *Defendant Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint* (the "**Motion**") [Adv. D.I. 11], with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that oral argument on the Motion will be held **October 26, 2023 at 10:30 a.m. (prevailing Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2

Dated: September 19, 2023　　　　　　　　**SAUL EWING LLP**

By: */s/ Mark Minuti*
　　　Mark Minuti (DE Bar No. 2659)
　　　1201 North Market Street, Suite 2300
　　　P.O. Box 1266
　　　Wilmington, DE 19899
　　　Telephone: (302) 421-6840
　　　Facsimile: (302) 421-6813
　　　mark.minuti@saul.com

　　　　　　-and-

　　　Jeffrey C. Hampton
　　　Adam H. Isenberg
　　　Centre Square West
　　　1500 Market Street, 38th Floor
　　　Philadelphia, PA 19102
　　　Telephone: (215) 972-7777
　　　Facsimile: (215) 972-7725
　　　jeffrey.hampton@saul.com
　　　adam.isenberg@saul.com

　　　*Counsel for the Defendant*