**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Ch. 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| et al., ) | |
| ) | (Jointly Administered) |
| Debtors, ) | |
| ) | |
| IS BBFP LLC, and ) | |
| IS 245 North 15th LLC, ) | |
| ) | |
| ) | Adv. No. 23-50337(MFW) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CENTER CITY HEALTHCARE, LLC ) | |
| ) | Re: Adv. D.I. 7, 11, 12, |
| Defendant. ) | 20, 21, 23, 24 |

**O R D E R**

**AND NOW** this **10th** day of **JANUARY, 2024**, upon consideration of the Defendant's Motion to Dismiss the Plaintiffs' Amended Complaint and the Plaintiffs' Response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss the Amended Complaint is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that pursuant to the Plaintiffs' agreement, paragraphs 128(g) and 130(h) of the Amended Complaint are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that in all other respects the Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that the Defendant shall file and serve a response to the surviving provisions of the Amended Complaint on or before fourteen (14) days from the entry of this Order, unless otherwise agreed by the parties.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge