## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC,<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, et al.,<br>                  *Debtors.* | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC and<br>IS 245 NORTH 15ᵀᴴ LLC,<br>                  *Plaintiffs,*<br><br>                  *v.*<br><br>CENTER CITY HEALTHCARE, LLC,<br>                  *Defendant.* | Adv. Pro. No. 23-50337 (MFW) |

## **CERTIFICATE OF SERVICE**

**NATHANAEL F. MEYERS** hereby certifies under penalty of perjury:

      1.      I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

      2.      On the **14ᵗʰ day of February, 2024**, I served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this adversary proceeding *Plaintiffs' Answer and Affirmative Defenses To Defendant's Counterclaims  [Adv. Proc. D.I. 54] (the "Answer")*.

      3.      On the **14ᵗʰ day of February, 2024**, I served via e-mail copies of *the Answer* by e-mail upon: mark.minuti@saul.com; robyn.warren@saul.com; jeffrey.hampton@saul.com; adam.isenberg@saul.com; shane.simon@saul.com; kurtzman@kurtzmansteady.com; dej@jokelson.com.

**Dated:**  February 15, 2024                                                      */s/Nathanael F. Meyers*
                                                                                      **NATHANAEL F. MEYERS**