# EXHIBIT B

**From:** Gosfield, Gregory[GGosfield@klehr.com]
**Sent:** Wed 10/11/2017 8:58:30 PM Coordinated Universal Time
**To:** Sitkoff, Erica S.[Erica.Sitkoff@dlapiper.com]; 'Scolnic, David M.'[dms@hangley.com]; Goldstein, Richard J.[rjg@hangley.com]
**Cc:** Peanasky, Brett[BPeanasky@klehr.com]; Sickle, David B.[David.Sickle@dlapiper.com]; Long, Adam[Adam.Long@dlapiper.com]; Perkins, Zachary[ZPerkins@klehr.com]; Besser, Alison[ABesser@klehr.com]
**Subject:** RE: Liberty - Hahnemann lot line adjustment plans for review and approval

Klehr can be flexible. Cannot speak for Paladin.

Gregory G. Gosfield, Esq.
KLEHR | HARRISON | HARVEY | BRANZBURG LLP
BUSINESS LAW AT BUSINESS SPEED
1835 Market Street, Suite 1400 | Philadelphia, PA 19103
T (215) 569-4164 | F (215) 568-6603 | ggosfield@klehr.com

Web page: Greg Gosfield's profile site

---

**From:** Sitkoff, Erica S. [mailto:Erica.Sitkoff@dlapiper.com]
**Sent:** Wednesday, October 11, 2017 4:53 PM
**To:** 'Scolnic, David M.'; Goldstein, Richard J.
**Cc:** Peanasky, Brett; Sickle, David B.; Long, Adam; Gosfield, Gregory; Perkins, Zachary; Besser, Alison
**Subject:** RE: Liberty - Hahnemann lot line adjustment plans for review and approval

Could someone please confirm on behalf of Paladin/Klehr and also circulate an updated checklist?

Thanks-
Erica

---

**From:** Scolnic, David M. [mailto:dms@hangley.com]
**Sent:** Wednesday, October 11, 2017 3:46 PM
**To:** Goldstein, Richard J.
**Cc:** Sitkoff, Erica S.; Peanasky, Brett; Sickle, David B.; Long, Adam; Gosfield, Gregory; Perkins, Zachary; Besser, Alison
**Subject:** Re: Liberty - Hahnemann lot line adjustment plans for review and approval

Me too

David M. Scolnic
215 496-7046
DMS@Hangley.com

On Oct 11, 2017, at 3:46 PM, Goldstein, Richard J. <rjg@hangley.com> wrote:

Ok for me.

Richard J. Goldstein, Esquire
Hangley Aronchick Segal Pudlin & Schiller
20 Brace Road
Suite 201
Cherry Hill, NJ 08034
phone 856-616-2172
fax 856-616-2170
-or-
One Logan Square
27th Floor
Philadelphia, PA 19103
phone 215-496-7011
fax 215-568-0300

email: rgoldstein@hangley.com
www.hangley.com

Hangley Aronchick Segal Pudlin & Schiller is a Pennsylvania Professional Corporation. The shareholder responsible for the firm's Cherry Hill office is Richard J. Goldstein.

---

**From:** Sitkoff, Erica S. [mailto:Erica.Sitkoff@dlapiper.com]
**Sent:** Wednesday, October 11, 2017 3:31 PM
**To:** 'Peanasky, Brett' <BPeanasky@klehr.com>; Goldstein, Richard J. <rjg@hangley.com>; Sickle, David B. <David.Sickle@dlapiper.com>; Scolnic, David M. <dms@hangley.com>; Long, Adam <Adam.Long@dlapiper.com>
**Cc:** Gosfield, Gregory <GGosfield@klehr.com>; Perkins, Zachary <ZPerkins@klehr.com>; Besser, Alison <ABesser@klehr.com>
**Subject:** RE: Liberty - Hahnemann lot line adjustment plans for review and approval

Thank you. Would it be possible to start our call at 8:30 central tomorrow? Otherwise I would only have a half hour for the checklist call.

Confidential

DLA_112087

Thanks-
Erica

---

**From:** Peanasky, Brett [mailto:BPeanasky@klehr.com]
**Sent:** Wednesday, October 11, 2017 12:29 PM
**To:** Goldstein, Richard J.; Sitkoff, Erica S.; Sickle, David B.; Scolnic, David M.; Long, Adam
**Cc:** Gosfield, Gregory; Perkins, Zachary; Besser, Alison
**Subject:** Liberty - Hahnemann lot line adjustment plans for review and approval

Good afternoon DLA / Hangley team:

Attached are draft plans for the Hahnemann lot line adjustments prepared by Pennoni for your review. Please note: the first depiction is an overlay of the proposed lot lines on the existing lines, and the second depiction is a clean set of proposed lot lines.

We and Pennoni believe that these lots all qualify as by-right. Any non-compliance will be solved by recording a unity of use of zoning lots agreement.

If satisfactory, please advise so that we can give Pennoni the green light to prepare the formal submission to the City Surveyor, somewhat ahead of schedule.

We expect the St Chris draft plan to follow before the end of the week.

Thank you,
Brett

Brett W. R. Peanasky
KLEHR | HARRISON | HARVEY | BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
T: 215.569.4292
F: 215.568.6603
E: bpeanasky@klehr.com
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@klehr.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.