# EXHIBIT M

| **Hahnemann** University **HOSPITAL** | **General Administration** | **Policy # 3.049** |
|---|---|---|
| | | **Sponsor: CEO** |
| | **Subject:**<br><br>**Parking Procedures and Criteria** | **Effective: March-01**<br>**Reviewed: December 2016**<br>**Revised: December 2016**<br>**Review Due: December 2017** |
| | **Reference:** | **Page 1 of 13** |

## POLICY:

It is the policy of Hahnemann University Hospital (HUH) to establish criteria for employees, physicians, students, patients, and visitors for parking privileges on the hospital campus.

## PURPOSE:

The purpose of this policy is to identify groups that will be granted parking privileges in the parking facilities owned and/or leased by HUH, establish fees for parking, and to assign responsibility for the application and enforcement of this policy.

## DEFINITIONS:

**Wood Street Garage**  HUH owned 848-space high-rise parking garage located at 1416 Wood Street.

**Bobst Parking Lot**  HUH owned 23-space open-air surface lot located behind the Bobst Building and between the Feinstein and SHSH Buildings. This is a private lot labeled for reserved parking only.

**Feinstein Parking Lot**  HUH owned 72-space automated open-air surface parking lot located on the corner of Broad & Race Streets next to the Feinstein Building.

**SHSH Garage**  HUH owned 45-space underground parking garage located in the basement of the SHSH Building designated for private parking as per this policy.

**15th & Callowhill Lot**  41-space open-air surface parking lot owned by Parkway Corporation located at the corner of 15th & Callowhill Streets. HUH leases all parking spaces for employees.

**Park America Garage**  Private high-rise garage located on the corner of 15th & Callowhill Streets owned by Park America. 150 spaces are leased by HUH for employees.

| 3.049 Parking Procedures and Criteria | Page 2 of 13 |
|---|---|

**EZ Park Surface Lots**    Open-air surface parking lots owned by EZ Park, Inc. and located between Vine Street and Race Street and stretching from Broad Street to 12th Street. HUH leases 100 spaces for employees and 10 spaces for valet.

**Parkway Garage**    Private high-rise garage located on the corner of Broad & Race Streets owned by Parkway Corporation. 170 spaces are leased by HUH for employees.

**Hospital Staff**    Persons employed by HUH

**University Staff**    Persons employed by Drexel University or Drexel University College of Medicine

**Residents**    Medical doctors doing internships and residencies employed by HUH

**Students**    Persons attending classes at Drexel University College of Medicine

## PROCEDURES:

1. The Parking Office will be responsible for record keeping, billing, payroll deductions, and facilitating access in the parking facilities based on the criteria set forth in this policy.

2. Individuals wishing to apply for monthly parking privileges must complete the appropriate application form in its entirety (see Attachment B). Correct social security numbers are required on new forms for any individual who will be using automatic pay deductions through the payroll department. All information contained on these forms is considered confidential and is treated as such to ensure the privacy and information security of our employees.

3. The monthly parking fees for employees, physicians, residents, and students are outlined on Attachment E.

4. Monthly parking spaces for HUH employees will be assigned on a first come, first served basis. Should all available parking be assigned, a wait list will be formed with names being added as perspective parkers apply for space.

5. All employees granted monthly parking are required to pay the monthly fee and are required to pay via payroll deduction through either HUH payroll or Drexel University payroll. Monthly parkers who are not on payroll will be billed monthly by the hospital. Failure to pay monthly parking fee within 30 days after invoice date may be subject to termination of parking privileges.

| 3.049 Parking Procedures and Criteria | Page 3 of 13 |
|---|---|

6.  Private physicians with admitting privileges to HUH who meet all of the following criteria will have their parking fee waived:
    a.  They are an active medical staff member
    b.  They are NOT employees of Drexel University or Hahnemann Hospital
    c.  They do NOT have their primary office on the HUH campus or on its contiguous block

7.  HUH employees who do not have monthly parking privileges but still want to park in the Wood Street Garage may prepay for parking with their HUH ID card. Employees must go to the cashier in the lobby of the Wood Street Garage to prepay on their cards. Employees should then use their HUH ID card to get in and out of the garage.

    *NOTE: Employees must prepay on their HUH ID card to receive the discounted employee rate. If employees take a ticket or use a credit card for entry, they will be required to pay the standard daily rate at the pay station.*

8.  This same parking rate will be extended to employees of St. Christopher's Hospital who wish to prepay by charging up their valid Tenet ID in the same manner as HUH employees.

9.  Student parking only applies to 40 spaces made available in the Wood Street Garage to Medical and PhD students (see Attachment E for rates). The Parking Manager for HUH will allocate these spaces. Payment for these spots may be turned in to the Cashier at the Wood Street Garage between the hours of 8AM and 4:30PM Monday through Friday (contact number 215-762-7275).

    *NOTE: The notation "Medical Student" should be written in the memo section of the check to ensure payment is properly recorded by the Parking Office.*

    a.  Any student parking in the Wood Street Garage during the day (Monday through Friday), who is not paying the monthly parking fee will be required to pay the full daily rate for parking (see Attachment E for rates).
    b.  There are currently no spaces offered to graduate or undergraduate students in any of the other programs at Drexel University College of Medicine.

10. The position titles which will be granted access into the SHSH Executive Garage (see Attachment A) are listed below.
    a.  Board Members (during term)
    b.  Medical School Chairpersons
    c.  Medical Staff President (during term for Presidents after July, 2000)
    d.  Medical Staff Past Presidents (if they were President prior to July, 2000)
    e.  Hospital CEO, COO, CFO, CNO, CHRO, CBDO, and CMO
    f.  University President, Provost, COO, CFO, Deans, and Senior VP for Health Sciences

11. A monthly fee for parking in the SHSH Garage will be charged to all patrons (see Attachment E for rates) except for the following positions who will park for free:
    a.  Board Members (during term)

| 3.049 Parking Procedures and Criteria | Page 4 of 13 |
|---|---|

    b. Medical Staff President (during term for Presidents after July, 2000)
    c. Medical Staff Past Presidents (if they were President prior to July, 2000)
    d. Hospital CEO, COO, CFO, CNO, CHRO, CBDO, and VP Medical Affairs

12. The CEO reserves the right for discretionary exceptions to the established criteria and fees.

13. Any individual who was parking in the SHSH Garage as of August 1, 2000 will be grandfathered into the garage.

14. First year Residents will be provided with parking at no charge in the Park America Garage located at 15th & Callowhill streets. Spaces are limited to 100 parking spots.

15. Second through fourth year residents will be provided with parking at no charge in the Wood Street Garage.

16. Spaces are leased at the high-rise garage owned by Parkway located on the corner of Broad and Race streets, the Parkway surface lot located at 15th and Callowhill streets, the EZ Park surface lots located along Vine street between Broad and 12th streets and the high-rise garage owned by Park America located on the corner of 15th and Callowhill Streets. These facilities are for monthly use by Drexel and Hahnemann employees and hospital contracted employees (see Attachment E for rates).

17. Hahnemann University Hospital leases additional parking spaces from neighboring private parking lots as a courtesy option for hospital and university employees. Attempts will be made to provide parking for employees on the HUH campus; however, due to geographical limitations this is not always possible. Parking on other private lots in the neighborhood at a discounted rate negotiated by HUH is an option provided to employees but it is their choice to utilize this program or seek parking on their own. HUH is not responsible for damages, theft, or other injuries incurred while off campus property. Employees wishing to inquire about security guidelines at private lots off the HUH campus should contact the lot managers directly through one of the following numbers:
    a. Parkway Corporation 215-561-0991
    b. EZ Park 215-327-6000
    c. Park America 610-617-2100

18. The Feinstein Parking Lot is reserved for patient and visitor use. Hospital employees who utilize this lot will be required to pay the non-discounted hourly rate.

19. Certain individuals in the hospital who provide emergency responder services for the hospital will be granted parking privileges in the Bobst Parking Lot when responding to on-call patient care emergencies. Qualifying individuals are required to fill out the appropriate application (see Attachment C) and obtain an "Emergency Responder Hang Tag" which must be prominently displayed in the windshield of the vehicle when parking in the Bobst Lot.

*NOTE: This parking privilege is only intended for staff members to utilize when responding to a patient care emergency event at the hospital. Daily parking for normal work hours is*

*considered a violation of policy. If found abusing this privilege, patrons are subject to parking violation notices, towing, termination of parking privileges, and/or disciplinary actions leading up to and including termination. See applicable application for additional terms and conditions.*

20. Four parking spaces are reserved in the Bobst Parking Lot for patients being treated in the Out-Patient Cath Lab. These spaces are provided for patients at no charge. Staff members will supply the patients with the appropriate passes to place in their car while being seen at the Lab.

21. Additional parking spaces in the Bobst Parking Lot are reserved for emergency on-call employees responding to patient care emergencies and for ambulance services providing patient transport to and from the facility.

22. Physician Services, Hospital Departments, or University Departments may purchase advance vouchers for Valet Services for patients and/or visitors. Vouchers are available for purchase from the Parking Office at the current face value (see Attachment E for rates). Cost for vouchers will be invoiced the first of the following month and payment is due 30days from invoice date.

23. Certain events held at HUH may provide complimentary parking to their quests. A validator is available in HUH Administration for free parking in the Wood Street Garage or the Feinstein Parking Lot. Approval prior to the event must be obtained from HUH Administration.

24. Patients and their visitors are granted a 25% discount off the general parking rate for the Wood Street Garage and Feinstein Parking Lot. Discounts may be obtained by having the Security Officer in the hospital's Main Lobby or Feinstein Lobby validate their parking ticket (see Attachment E for rates).

25. After patients have been admitted for two weeks or return to HUH for continuing care at least once a week for more than two months qualify for reduced daily parking in the Wood Street Garage (see Attachment D for rates). Prepaid park cards may be obtained by requesting an authorization memo from the nursing floor and presenting it to the Cashier's Office during normal business hours.

26. After patients have been admitted for 30 days or return to HUH for continuing care at least once a week for more than six months qualify for free daily parking in the Wood Street Garage. Free park cards may be obtained by requesting an authorization memo from the nursing floor and presenting it to the Cashier's Office during normal business hours (see Attachment D).

27. Daily visitor and patient parking rates for Wood Street Garage, Feinstein Parking Lot, and Valet Services our outlined on Attachment E.

| 3.049 Parking Procedures and Criteria | Page 6 of 13 |
|---|---|

28. Administrative authority for all parking facilities will be through HUH Administration, with outstanding issues and administrative changes being addressed by the hospital COO.

29. HUH Administration reserves the right for discretionary exceptions to this policy, to grandfather in current parkers, waive fees, raise fees, add parkers, by-pass the waiting list, and to make other exceptions as they deem necessary to meet the mission of Hahnemann University Hospital.

**ATTACHMENTS:**

Attachment A – SHSH Executive Garage Application
Attachment B – Employee Parking Application
Attachment C – Emergency Responder Parking Permit Application
Attachment D – Patient Discounted Parking Program
Attachment E – Parking Rates
Attachment F – Bobst Lot Assigned Parking Areas

**APPROVALS:**

**Medical Executive Committee:**

**Administration:**

---

**Michael P. Halter**
**Chief Executive Officer**

**ATTACHMENT A**



### SHSH Executive Garage Parking Application

**Personal Information**

Last Name: _____  First Name: _____

Email Address: _____ Social Security Number: _____
                                    (Only needed if doing payroll deduction)

Job Title: _____  Department: _____

Office Phone: _____  Cell/Pager: _____  Fax: _____

Facility:  ☐ Hahnemann University Hospital    ☐ Drexel University    ☐ Other: _____

**Vehicle Information**

Primary Vehicle:

Year _____ Make _____ Model_____ Color_____ Plate #_____ State____

Secondary Vehicle:

Year _____ Make _____ Model_____ Color_____ Plate #_____ State____

**Terms and Conditions**

1. All applicable persons on the payroll of Hahnemann University Hospital or Drexel University must pay for parking through bi-weekly or monthly payroll deduction. Persons not on payroll will be billed monthly for parking. It is the responsibility of the patron to verify accuracy of parking deductions from pay stub or bill and to notify the Parking Office of any discrepancies.
2. Monthly parking rates are subject to change upon 30 days' notice.
3. This parking privilege is only intended for staff who are on duty at the hospital. Storage of vehicles is a violation of policy. Violators are subject to storage fees and/or loss of parking privileges.
4. All parking cards are the property of Hahnemann University Hospital and must be surrendered upon termination of parking. Patron will be charged for every month card is in their possession. Cancellation of parking by the patron must be made in writing to:
    Hahnemann University Hospital
    Broad & Vine Streets
    Attn: Parking Office, Mail Stop 510
    Philadelphia, PA 19102
5. Parking cards are to be used only by the individual to whom they have been assigned. Any transfer of the park card to any individual to whom it was not assigned may result in termination of parking privileges.
6. The owners and operators of this parking facility are not liable for fire, loss from, theft of, or damage to patrons' vehicle or its contents. In consideration for accepting or using this park card, the patron agrees to defend, indemnify and hold harmless Hahnemann University Hospital from and against all liability or loss arising out of the use of any Hahnemann University Hospital parking facility by cardholder, or his or her agents, employees, or guests.

*I have read the terms of this agreement as stated above and hereby agree to accept all terms and conditions as outlined in this parking agreement and with further rules and regulations included in HUH Policy 3.049 "Parking Procedures and Criteria" (copy available upon request). I authorize the Hahnemann University Hospital Parking Office to immediately notify the Hahnemann University Hospital or Drexel University payroll department to begin deductions from my payroll check if applicable.*

_____    _____    _____
Signature                          Date                     Monthly Fee

**Parking Office Use Only**

Card Number Assigned: _____  Date Assigned: _____  Payroll Start Date: _____

Parking Office Agent: _____  Administration Approval: _____

## ATTACHMENT B
## Employee Parking Application

**Personal Information**

Last Name: _____ First Name: _____ Credential: _____

Job Title: _____ Department: _____ Office Phone: _____

Scheduled Shift:    ☐ Day   ☐ Evening   ☐ Night   Status: ☐ Full-Time   ☐ Part-Time   Facility: ☐ Hahnemann   ☐ Drexel   ☐ Other _____

Home Address: _____ City: _____ State: _____ Zip Code: _____

Vehicle: Year _____ Make _____ Model _____ Color _____ Plate # _____ State ____ Driver's License # _____ State: ____

**Terms and Conditions**

1. All applicable persons on the payroll of Hahnemann University Hospital (HUH) or Drexel University must pay for parking through bi-weekly or monthly payroll deduction. Persons not on payroll will be billed monthly for parking. It is the responsibility of the patron to verify accuracy of parking deductions from pay stub or bill and to notify the Parking Office of any discrepancies. Failure to notify the Parking Office of missed deductions may result in termination of parking privileges. Any unpaid fees will still be due.
2. Monthly parking rates are subject to change upon 30 days' notice. Individuals who are billed monthly are required to keep their accounts current at all times. Failure to do so may result in termination of parking privileges. Any unpaid parking fees will still be due. If parking in a Parkway or Park America garage, a non-refundable fee of $25 will be required for replacement of each lost, stolen, or damaged transponder.
3. This parking privilege is only intended for staff on duty at the hospital. Storage of vehicles is a violation of policy. If found storing a vehicle, violators are subject to storage fees and their parking privilege will be terminated. Any monthly parking patron who fails to park in a designated area or abide by any other rule or restriction are subject to the termination of their parking privileges.
4. If parking in the Wood Street Garage, employees will use their HUH or DUCOM ID badge for entry and exit. A non-refundable fee of $20 will be required for lost or stolen ID cards.
5. Monthly hang tags/transponders will be provided to employees parking in the Parkway, Park America, or EZ Park facilities. Parking on off-campus lots is an option to utilize discounted rates negotiated by HUH. Employees have the right to decline parking at these lots and chose to find parking services on their own. HUH is not responsible for damages, injuries, or thefts occurring in areas off the HUH campus.
6. Cancellation of parking by the patron must be made in writing. All hang tags and transponders must be surrendered upon termination of parking. Patron will be charged for every month hang tags or transponders remain in their possession.
7. Parking privileges are to be used only by the individual to whom they have been assigned. Any transfer of parking access to any individual to whom it was not assigned will result in termination of parking privileges.
8. The issuance of monthly parking hang tags or other identifiers does not guarantee a parking space in parking facilities owned by Hahnemann or in leased lots contracted by Hahnemann. Spaces will be utilized by approved parkers on a first-come first-served basis.
9. The Parking Office reserves the right to terminate the parking privileges of any parking patron who has been abusive, discourteous, rude, profane, etc. to any other parking patron and/or employee of the parking facility or engages in any activity to circumvent the receipt of appropriate parking due to the parking facility. The owners and operators of these parking facilities are not liable from for fire, loss from, theft of, or damage to patrons' vehicle or its contents. In consideration for accepting and signing this agreement, the patron agrees to defend, indemnify and hold harmless Hahnemann University Hospital, Parkway Corporation, Park America, and EZ Park, Inc. from and against all liability or loss arising out of the use of these parking facilities by patron, or his or her agents, employees, or guests.
10. Violation of any of the above regulations, inappropriate actions, or failure to follow posted parking rules and regulations in parking facilities owned or contracted by HUH may result in disciplinary action or loss of parking privileges.

*I have read the terms of this agreement as stated above and hereby agree to accept all terms and conditions as outlined in this parking agreement and with any rules and regulations which may be implemented in the future. I authorize the Hahnemann University Hospital Parking Office to immediately notify the Hahnemann University Hospital or Drexel University payroll department to begin deductions from my payroll check.*

_____    _____    $ _____   ☐ Pay Period ☐ Month   Payroll Deduction:  ☐ Yes   ☐ No
Signature                    Date                 Parking Rate (see below)
                                                  ☐ Pre-Pay Only      ☐ Invoice   ☐ Start Date: _____

Parking Facility: ☐ Wood Street Garage   ☐ Parkway Garage   ☐ Park America Garage   ☐ 15th & Callowhill Lot   ☐ EZ Park Lot   Badge / Tag /
Transponder # _____
Parking Rates: ☐ Zone 1 - $60 per pay HUH / $250 Mo Drexel/Vendor   ☐ Zone 2 - $36 per pay (Wood Street Garage Only)   ☐ Zone 3 - $25 per pay
(Wood Street Garage Only) 24 Hour Access   2PM-8AM, M-F, 24 Hours on Weekends   6PM-8AM, M-F, 24 Hours on Weekends

## ATTACHMENT C
## Emergency Responder Parking Permit Application

**Personal Information**

Last Name: _____    First Name: _____

Job Title: _____    Department: _____

Office Phone Number: _____    Pager: _____    Fax: _____

Facility:  ☐ Hahnemann University Hospital        ☐ Drexel University        ☐ Other: _____

Primary Vehicle:

Year _____ Make _____ Model_____ Color_____ Plate #_____ State____

Secondary Vehicle:

Year _____ Make _____ Model_____ Color_____ Plate #_____ State____

**Terms and Conditions**

1. This application for special parking privileges in the Bobst Parking Lot located at 1400 Race Street falls under the guidelines established in Hahnemann University Hospital Policy # 3.049 "Parking Procedures and Criteria".
2. This parking privilege is only intended for staff members to utilize when responding to a patient emergency on-call event at the hospital. Daily parking for normal work hours is considered a violation of policy. If found abusing this privilege, patrons are subject to parking violation notices, towing, termination of parking privileges and/or disciplinary actions leading up to and including termination in accordance with Hahnemann HR Policies 4.408 "Performance Management" and 4.410 "Discipline and Remedial Action".
3. The hang tag must be prominently displayed from the rear view mirror and visible from the exterior of the vehicle.
4. On-call staff members must park in designated spaces as shown in Hospital Policy # 3.049, Attachment F.
5. On-call staff spaces along the SHSH Building are to be used only during the hours of 5PM to 8AM Monday through Friday, or at any time on weekends or HUH recognized holidays.
6. On-call hang tags are to be used only by the individual to whom they have been assigned. Any transfer of the hang tag to any individual to whom it was not assigned will result in termination of parking privileges and/or other disciplinary actions.
7. Approved individuals with assigned tags must resubmit a new Emergency Responder Permit Parking Application along with a $20 replacement fee to replace any lost or stolen hang tags.
8. The owners and operators of this parking lot are not liable for fire, loss from, theft of, or damage to patrons' vehicle or its contents. In consideration for accepting or using this hang tag, the patron agrees to defend, indemnify and hold harmless Hahnemann University Hospital from and against all liability or loss arising out of the use of any Hahnemann University Hospital parking facility by holder, his or her agents, employees, or guests.
9. The issuance of this hang tag does not guarantee a parking space in the Bobst Lot or any other parking facility owned by Hahnemann. Spaces will be utilized by approved parkers on a first-come first-served basis.
10. Any approved individuals double parking in the OB/GYN or Trauma spaces MUST leave their car keys with the Parking Attendant or Security Officer.

*I have read the terms of this agreement as stated above and hereby agree to accept all terms and conditions as outlined in this parking agreement and with any rules and regulations which may be implemented in the future.*

_____        _____        _____
Signature                                                Date                                        Replacement Fee

---

*Parking Office Use Only*

Tag Number Assigned: _____        Deleted Tag Number (if replacement): _____

_____        _____
Parking Office Representative                    Date

## ATTACHMENT D
## Long-Term Patient Parking Program

Hahnemann University Hospital offers special discounted parking rates to our patients who have been admitted to the hospital for more than 2 weeks.

In order to receive these special rates, the "Long-Term Discounted Parking Form" must be obtained from the nurses' station on the floor the patient is admitted to. A member of the nursing staff will complete the form as appropriate.

*You must present the "Long-Term Discounted Parking Form" to the Cashier on the 1ˢᵗ floor of the South Hospital Tower in order to receive these special rates!*

Patients admitted for 15 – 30 Days - Flat rate parking fee of $5 per day.
- You may purchase a $5 or $25 Pre-Paid Park Card from the Cashier. The $5 card is good for a one-time use of the Wood Street Garage. The $25 card is good for 5 uses of the Wood Street Garage.

Patients admitted for 30 + Days - Free daily parking
- The Cashier will provide you with either a Complimentary Park Card which is good for a one-time use of the Wood Street Garage or a Free Park Card which is good for 5 uses of the Wood Street Garage. (Type of card provided is dependent on status given in paper work from nursing floor).

Use these Pre-Paid Park Cards to enter and exit the Wood Street Garage. The pre-paid park cards are proximity cards. Hold the card up to the "bulls' eye" target on the ticket dispensing machine when you pull up to the entrance gate. The gate will open. Hold the same card up to the target on the exit gate when you are ready to leave and it will let you out. You do not need to take a ticket or go to the pay station in the lobby.

For the single use cards, throw the card away after you exit the garage. It can not be used again.

For the 5 use cards, throw the card away after you exit the garage for the fifth time. It can not be used again.

If you have already parked in the garage the day you come to the Cashier's office to purchase a Pre-Paid Card, give the cashier your ticket and she will be able to validate it for $5 or for free (based on the paper work from the nursing floor).

Take your validated ticket to the pay station in the lobby of the Wood Street Garage. Place it in the machine and follow the prompts.

Take the ticket with you to your vehicle and use it to exit the garage.

**If you used a credit card to enter the garage, we cannot offer any discounts or validation. You must use that same credit card to exit the garage and you will be charged the normal rate.**

The Pre-Paid Park Cards are valid ONLY for the Wood Street Parking Garage located between Broad and 15ᵗʰ Streets. Entrances to the garage are located on Wood Street and on 15ᵗʰ Street.

*IMPORTANT: Park cards may only be purchased one at a time and with the proper, signed documentation from the nursing unit. There are no refunds or replacements for lost or stolen park cards!*



## Long-Term Patient Discounted Parking Form

This form must be presented to the Cashier when purchasing Pre-Paid Park Cards from the Cashiers Office on the 1st floor of the South Hospital Tower.

Pre-Paid Park cards may be obtained between the hours of 9AM and 4PM, Monday through Friday.

_____, medical record # _____
      (Patient Name)

in room # _____ or from _____
      (If long-term in-patient)      (Dept. name if long-term out-patient)

is entitled to:

      ☐    $5.00 discounted parking (15-30 days in-patient or returning care at least once a week for 2 - 6 months)

      ☐    Free parking (31+ days in-patient or returning care at least once a week for more than 6 months)

_____      _____
Signature (Nursing)      Name (Printed)

_____      _____
Extension      Date

Admission Date(s): _____

---

This Section to be completed by the Cashier

_____    _____
Card Number    Date Issued

## ATTACHMENT E
### Parking Rates

**Employees, Faculty, and Student Rates**

**Monthly Parking Rates**

| | |
|---|---|
| Daytime Parking – Hospital Staff | $60 per pay period |
| Daytime Parking – University Staff | $250 per month |
| Daytime Parking – Physicians | $250 per month (see page 2, step 6 for exceptions) |
| Daytime Parking – Students | $250 per month (see page 3, step 9) |
| Evening Parking (2P-8A) | $36.00 per pay period |
| Night Parking (6P-8A) | $25.00 per pay period |
| SHSH Executive Parking | $275 per month (see page 3, step 11 for exceptions) |
| Medical and Ph.D. Students | $250 for a 4 week rotation or $375 for a 6 week rotation |

**Daily Parking Rates (HUH and SCHC employees)**

| | |
|---|---|
| Wood Street Garage | $10 (daily rate Monday through Friday) |
| | $8 (in after 5:30PM out by 8:30AM, Monday through Friday) |
| | $8 Weekends and Holidays |

*Note: Daily rates only apply when pre-paid on HUH or SCHC ID cards. Cards may be charged up for dollar increments ranging from $30 to $180. See attendant at Wood Street Garage for details.*

| | |
|---|---|
| Feinstein Parking Lot | $8.00 (in after 9:00PM out by 5:00AM Monday through Friday) |
| Valet Vouchers | $15.00 |

**Patient & Visitor Rates**

**Valet Services**        Flat Rate $15.00        No Discounts Available

**Wood Street Garage**

| | Standard Rate | 25% Discount (patients only) |
|---|---|---|
| Up to ½ hour | $ 8.40 | $ 6.30 |
| ½ hour to 1 hour | $10.50 | $ 7.88 |
| 1 to 1 ½ hours | $11.90 | $ 8.93 |
| ½ to 2 hours | $14.70 | $11.03 |
| 2 to 2 ½ hours | $16.80 | $12.60 |
| 2 ½ to 7 hours | $18.20 | $13.65 |
| 7 to 15 hours | $22.40 | $16.80 |
| 15 to 24 hours | $26.60 | $19.95 |
| Evenings | $10.50 | $ 7.88 |
| Weekends | $10.50 | $ 7.88 |

**Feinstein Parking Lot**

| | Standard Rate | 25% Discount (patients only) |
|---|---|---|
| Every ½ hour up to 1 hour | $ 7.70 | $ 5.78 |
| 1 to 2 hours | $18.90 | $14.18 |
| 2 to 6 hours | $21.00 | $15.75 |
| Maximum daily rate | $27.30 | $20.48 |
| Nightly Special (9PM-5AM) | $ 8.00 | $ 6.00 |

