# EXHIBIT O

eRecorded in Philadelphia PA   Doc Id: 53886253
10/05/2021 08:24 AM   Page 1 of 8   Rec Fee: $256.75
Receipt#: 21-95562
Records Department   Doc Code: D
State RTT: $12,000.00   Local RTT: $39,336.00



**Record and return to:**
Certified Abstract Company, Inc.
300 Brookside Ave. – Bldg. 4, Ste. 125
Ambler, PA 19002
File: 210113153CERFB

**Property:**
OPA #77-2-0240-02
216-220 N. Broad Street
Philadelphia, PA 19102

## SPECIAL WARRANTY DEED

This Special Warranty Deed is dated as of July 7, 2021, effective as of July 9, 2021, by **PAHH FEINSTEIN MOB, LLC**, a Delaware limited liability company (the "**Grantor**") in favor of **IS BBFB LLC**, a Pennsylvania limited liability company (the "**Grantee**").

WITNESSETH, that the said Grantor, for and in consideration of the sum of ONE MILLION TWO HUNDRED THOUSAND AND 0/100 DOLLARS ($1,200,000.00) lawful money of the United States of America unto it well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt of which is hereby acknowledged, has granted, bargained and sold, aliened, enfeoffed, released and confirmed, and by these presents does grant, bargain and sell, alien, enfeoff, release and confirm unto the said Grantee, its successors and assigns,

ALL THAT CERTAIN real property and the improvements located thereon situate in the City and County of Philadelphia, Pennsylvania, being known as 216-220 N. Broad Street, Philadelphia, PA 19102 and tax parcel number 77-2-0240-02 and being more particularly described on Exhibit A attached hereto and incorporated herein as though set forth at length, provided, however, the foregoing does not include, and the Grantor expressly retains: (i) all interests in or claims under or in connection with those certain leases by and between Grantor and St. Christopher's Healthcare (the "**Master Tenant**"), each dated January 11, 2018 (collectively, the "**Master Lease**"), and any such interests in or claims under or with respect to the Master Tenant, or the guarantors under the Master Lease; and (ii) all claims, causes of action, choses in action, rights of recovery, rights of set off and rights of recoupment of Grantor and Grantor's affiliates with respect to periods prior to the Closing Date and any payments, awards or other proceeds resulting therefrom. Grantor further expressly retains all interests in any claims under or in connection with that certain Reciprocal Easement and Operating Agreement dated January 11, 2018, recorded as document no. 53311675S including all claims, causes of action, choses in action, rights of recovery, rights of set off and rights of recoupment of Grantor and Grantor's affiliates with respect to periods prior to the Closing Date and any payments, awards or other proceeds resulting therefrom and the right to pursue any counterclaims or defenses in connection therewith.

100502573.7

UNDER AND SUBJECT, nevertheless, to covenants, instruments, documents, real estate taxes due and payable on or after the date hereof, and restrictions of record, to the extent still in force.

TOGETHER WITH all and singular the buildings and improvements, ways, streets, alleys, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, as well as all existing, non-conforming uses thereon, whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantor in law, equity, or otherwise howsoever, of, in and to the same and every part thereof UNDER AND SUBJECT AS AFORESAID.

TO HAVE AND TO HOLD the said buildings, improvements, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns, forever.

AND the said Grantor, for itself and its successors and assigns, does covenant, promise, grant and agree, to and with the said Grantee, its successors and assigns, by these presents, that they, the said Grantor and its successors and assigns, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, against it, the said Grantors, its successors and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under Grantor, shall and will UNDER AND SUBJECT AS AFORESAID SPECIALLY WARRANT and forever DEFEND.

[Signature appears on the following page.]

**IN WITNESS WHEREOF**, intending to be legally bound, the undersigned Grantor has executed this Special Warranty Deed the day and year first above mentioned.

> **PAHH FEINSTEIN MOB, LLC**, a Delaware limited liability company
>
> By: _____
> Name: Stephen M. Gordon
> Title: Authorized Signatory

STATE OF ILLINOIS         )
                          )ss.:
COUNTY OF COOK            )

On this the 7 day of July, 2021, before me, the undersigned officer, personally appeared Stephen M. Gordon, who acknowledged himself to be the Authorized Signatory of **PAHH FEINSTEIN MOB, LLC**, a Delaware limited liability company, and that he as such executed the foregoing instrument for the purposes therein contained by the signing the name of the company by himself/herself as Authorized Signatory.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires: July 18, 2022

> JENNA KATE KARN
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Jul 18, 2022

[SIGNATURE PAGE TO DEED]

IS_003523

## Exhibit A
## Legal Description

*216 Real Property (PAHH Feinstein LLC)*

**Fee Parcel:**
ALL THAT CERTAIN lot or piece of ground with the building and improvements thereon erected, SITUATE in the 10th Ward of the City of Philadelphia and described according to a Survey and Plan thereof made by Frederick T. Thorpe, Jr., Surveyor and Regulator of the 3rd District dated June 5, 1945 as follows, to wit:-

BEGINNING at a point on the Westerly side of Broad Street (113 feet wide) at the distance of 157 feet Northwardly from the Northerly side of Race Street (50 feet wide); thence extending Westwardly on a line parallel with Race Street through a wall 100 feet to a point; thence extending Southwardly on a line parallel with Broad Street 15 feet, 8 inches to a point; thence extending Westwardly on a line parallel with Race Street through a wall 60 feet to a point on the Easterly side of Carlisle Street (40 feet wide); thence extending Northwardly along the Easterly side of Carlisle Street on a line parallel with Broad Street 15 feet, 8 inches to a point; thence extending Westwardly on a line parallel with Race Street crossing the head of Carlisle Street 10 feet 6 inches more or less to a point; thence extending Northwardly on a line parallel with Broad Street through a wall 53 feet to a point; thence extending Eastwardly on a line parallel with Race Street through a wall 170 feet more or less to a point on the Westerly side of Broad Street aforesaid; thence extending Southwardly along the said side of Broad Street 53 feet to the first mentioned point and place of beginning.

**AND**

ALL THAT CERTAIN lot or piece of ground, Situate in the Tenth Ward of the City of Philadelphia, described according to a Plan made for Hahnemann Medical College and Hospital by Don H. Joseph, Surveyor and Regulator of the Third District, dated March 16, 1962 to wit:-

BEGINNING at an interior point measured Westwardly the distance of 0 feet, 6 inches from the Westerly side of Carlisle Street (40 feet wide) the last mentioned point being on the Northerly dead end of said Carlisle Street the distance of 157 feet, 0 inches along the said Westerly side of Carlisle Street from the Northerly side of Race Street (50 feet wide) (said beginning point being 195 feet, 6 inches Eastwardly from the Easterly side of 15th Street (50 feet wide); thence extending Northwardly parallel with 15th Street 53 feet, 4-1/2 inches to a point; thence Westwardly parallel with Race Street 9 feet, 8-1/2 inches; thence Northwardly parallel with 15th Street 53 feet, 9 inches to a point; thence Eastwardly parallel with Race Street, 1 foot, 1-1/2 inches to a point; thence Northwardly parallel with 15th Street 29 feet, 11 inches to a point; thence Eastwardly parallel with Race Street 7 feet, 7 inches to a point; thence Northwardly parallel with 15th Street 53 feet, 4 inches to a point; thence Eastwardly at right angles to 15th Street 46 feet, 9 inches to a point; thence Southwardly parallel with 15th Street 42 feet, 3 inches to a point; thence Eastwardly at right angles to 15th Street 32 feet, 11 inches to a point; thence Southwardly parallel with 15th Street 94 feet, 3-1/2 inches to a point; thence Westwardly parallel with Race Street 48 feet, 6 inches to a point; thence Southwardly parallel with 15th Street 53 feet, 4-1/2 inches to a point on the Northerly

dead end of said Carlisle Street; thence Westwardly along the Northerly dead end of said Carlisle Street 30 feet, 0 inches to a point, being the first mentioned point and place of beginning.

**The above-described parcels are together described as follows:**

**Parcel C Fee Parcel:**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WESTERLY SIDE OF BROAD STREET (ON CITY PLAN, LEGALLY OPEN, 113' WIDE), SAID POINT BEING LOCATED 155.932' NORTHERLY FROM THE INTERSECTION OF SAID WESTERLY SIDE OF BROAD STREET AND THE NORTHERLY SIDE OF RACE STREET (ON CITY PLAN, LEGALLY OPEN, 50' WIDE) AND RUNNING:

1) THENCE: ALONG PARCEL D, N78°59'00"W, A DISTANCE OF 91.495' TO A POINT;
2) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 7.952' TO A POINT;
3) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 7.382' TO A POINT;
4) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 8.646' TO A POINT;
5) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 61.122' TO A POINT;
6) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 2.000' TO A POINT;
7) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 10.667' TO A POINT,
COMMON TO THE EASTERLY LINE OF PARCEL E;
8) THENCE: ALONG THE EASTERLY LINE OF PARCEL E, N11°21'00"E, A DISTANCE OF 16.035' TO A POINT;
9) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 29.832' TO A POINT;
10) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 42.833' TO A POINT;
11) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 9.708' TO A POINT,
COMMON TO PARCEL B;
12) THENCE: ALONG THE EASTERLY LINE OF PARCEL B, N11°21'00"E, A DISTANCE OF 64.291' TO A POINT;
13) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 1.125' TO A POINT;

14) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 25.416' TO A POINT;
15) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 7.667' TO A POINT;
16) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 57.755' TO A POINT,
COMMON CORNER TO PARCEL A;
17) THENCE: ALONG PARCEL A, S78°39'00"E, A DISTANCE OF 46.670' TO A POINT;
18) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 42.110' TO A POINT;
19) THENCE: CONTINUING ALONG SAME, S78°39'00"E, A DISTANCE OF 32.915' TO A POINT;
20) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 94.348' TO A POINT;
21) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 121.833' TO A POINT ON SAID WESTERLY SIDE OF BROAD STREET;
22) THENCE: CONTINUING ALONG THE WESTERLY SIDE OF BROAD STREET, S11°21'00"W, A DISTANCE OF 54.443' TO THE POINT AND PLACE OF BEGINNING.

BEING assessed and known as 216-20 N. Broad Street
BEING OPA Parcel No. 77-2-0240-02

**Parcel C Easement Parcel:**

TOGETHER WITH the reciprocal easements set forth in Reciprocal Easement and Operating Agreement made by and between Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties III, LLC, PAHH Feinstein MOB, LLC and PAHH New College MOB, LLC dated December 30, 2017 made effective January 11, 2018, and recorded January 18, 2018 in the Office of the Recorder of Deeds for the County of Philadelphia as Document No. 53316755.

Certificate of Address:

The mailing address of the Grantee is:

2929 Walnut Street, Suite 1540,
Philadelphia, PA 19104

I certify the Grantee's address above is correct.

_____

Name: Matthew Canno, Manager

[GRANTEE ADDRESS CERTIFICATION TO DEED]

| DOCUMENT I.D. NUMBER | GRANTEE'S NAME | GRANTEE'S SOCIAL SECURITY NO. |
|---|---|---|
| | GRANTEE'S NAME | GRANTEE'S SOCIAL SECURITY NO. |
| | GRANTEE'S NAME | GRANTEE'S SOCIAL SECURITY NO. |
| **PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION** | GRANTEE'S NAME | GRANTEE'S SOCIAL SECURITY NO. |
| | DATE RECORDED | CITY TAX PAID |

Complete each section and file with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT** — All inquiries may be directed to the following person:

NAME: IS BBFB, LLC
TELEPHONE NUMBER: AREA CODE ( )
STREET ADDRESS: 2929 Walnut St., Ste 1540
CITY: Philadephia, PA 19104

**B. TRANSFER DATA**
DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S): PAHH Feinstein MOB, LLC, a Delaware limited liability
GRANTEE(S)/LESSEE(S): IS BBFB, LLC
STREET ADDRESS: 444 W. Lake St, Ste 21000
STREET ADDRESS: 2929 Walnut St., Ste 1540
CITY: Chicago, IL 60606
CITY: Philadephia, PA 19104

**C. PROPERTY LOCATION**
STREET ADDRESS: 216-20 N. Broad Street
TAX PARCEL NUMBER: 77-2-0240-02

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $1,200,000.00 | + $0.00 | = 1,200,000.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| 6,764,600.00 | x 1.07 | = 7,238,122.00 |
| 1A. PERCENTAGE OF INTEREST CONVEYED | 1B. TAXABLE PERCENTAGE | |
| 100.00000% | 100 | |

**E. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____ _____
   (NAME OF DECEDENT)   (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____.

☐ Transfer to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____. Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed and explain corrections being made).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY: /s/
DATE: 7/9/21

IF YOU HAVE A DISABILITY AND REQUIRE AN ACCOMMODATION IN ORDER TO COMPLETE THIS FORM AND/OR TO PARTICIPATE IN A PROGRAM OR SERVICE, CONTACT THE ADA COORDINATOR AT 686-2263.

82-127 (Rev. 10/98)                                (SEE REVERSE)

IS_003528