# EXHIBIT S

## Lifestyle Amenities



STRUCTURED PARKING
WITHIN 1 BLOCK OF SITE



SHOWER/LOCKER
FACILITIES



SHARED CONFERENCE
FACILITY



INDOOR BIKE
STORAGE





### Race Street Labs leases include:

- 24 Hour Controlled Access
- Conference Facilities
- Office Support Spaces
- On-Site Lab Manager