# EXHIBIT H

eRecorded in Philadelphia PA  Doc Id: 53316750
01/18/2018 03:21 PM  Page 1 of 16  Rec Fee: $256.75
Receipt#: 18-05623
Records Department  Doc Code: DM

## EASEMENT & UNITY OF USE STATEMENT

Existing Addresses:  300 N. Broad Street, Philadelphia, Pennsylvania
302 N. Broad Street, Philadelphia, Pennsylvania
304 N. Broad Street, Philadelphia, Pennsylvania
306-320 N. Broad Street, Philadelphia, Pennsylvania
325 N. 15th Street (portion), Philadelphia, Pennsylvania

Proposed Addresses:  Parcel 1: 300-04 N. Broad Street, Philadelphia, Pennsylvania
Parcel 2: 306-20 N. Broad Street, Philadelphia, Pennsylvania
Parcel 3: 325 N. 15th Street, Philadelphia, Pennsylvania

THIS EASEMENT & UNITY OF USE signed the 30th day of ~~January, 2018~~ December 2017 and effective this 1st day of January, 2018 (the "**Effective Date**") by BROAD STREET HEALTHCARE PROPERTIES II, LLC ("**Owner 1**"), which is the equitable owner of the parcel designated as Proposed Lot 1 on the Zoning Plan (defined hereinafter) (collectively, "**Parcel 1**"), PAHH WOOD STREET GARAGE, LLC ("**Owner 2**"), which is the equitable owner of the parcel designated as Proposed Lot 2 on the Zoning Plan ("**Parcel 2**"), and BROAD STREET HEALTHCARE PROPERTIES, LLC ("**Owner 3**", together, collectively, with Owner 1 and Owner 2, the "**Owners**"), which is the equitable owner of the parcel designated as Proposed Lot 3 on the Zoning Plan ("**Parcel 3**"), each a "**Parcel**," and all parcels or properties hereinafter collectively referred to as the "**Parcels**," "**Properties**" or "**Property**" for the purposes of obtaining zoning permits and approvals from the Philadelphia Department of Licenses & Inspections ("**L&I**"), to use the Properties as one parcel for the purposes of zoning without consolidating the existing individual Parcels into one parcel.

## WITNESSETH:

A.      Owner 1 is the equitable owner of certain real property, Parcel 1 described on Exhibit A attached hereto and made a part hereof, having an address of 300-04 N. Broad Street, Philadelphia, Pennsylvania, which is OPA Account Number 88-5-6202-42, comprised of approximately 33,081 square feet and currently used for the following purposes: Passive Open Space (Park), with a proposed use of: Passive Open Space (Park).

B.      Owner 2 is the equitable owner of certain real property, Parcel 2 described on Exhibit B attached hereto and made a part hereof, having an address of 306-20 N. Broad Street, Philadelphia, Pennsylvania, which is OPA Account Number 88-3-4001-02, comprised of approximately 22,984 square feet and currently used for the following purposes: Accessory and Non-Accessory Parking, and Accessory Signs, with a proposed use of: Accessory and Non-Accessory Parking, and Accessory Signs.

C.      Owner 3 is the equitable owner of certain real property, Parcel 3 described on Exhibit C attached hereto and made a part hereof, having an address of 325 N. 15th Street, Philadelphia, Pennsylvania, which is OPA Account Number 88-1-0382-02, comprised of approximately 16,622 square feet and currently used for the following purposes: Group Living (dormitory), Accessory Signs, and Wireless/cellular Antennas, with a proposed use of: Group Living (dormitory), Accessory Signs, and Wireless/cellular Antennas.

D.      The Property consists of three (3) parcels. Rather than consolidating the parcels into one parcel, the Owners desire to create an easement and designate a "**Unity of Use**" among the Parcels to create a single zoning Property or Parcel so as to fulfill the zoning requirements of L&I and obtain from L&I the issuance of a Zoning Permit for the Property as if it were one zoning property. This Easement is simultaneously submitted to L&I in conjunction with a permit

application for the Property and this Easement must be recorded against the Property and run with the land. The Owners affirm the uses of the Parcels affected by this Easement are integrated and interdependent.

ARTICLE I.

1.1    Easement. Owners hereby establish and create, for the benefit of all three (3) Parcels, reciprocal easements that allow all three (3) Parcels to use and enjoy all common areas, and use the Property as if it were comprised of one parcel for zoning purposes, as more specifically described in an Operation and Reciprocal Easement Agreement among the Owners, to be recorded immediately hereafter.

ARTICLE II.

2.1    Unity of Use. For purposes of zoning, exclusively, all three (3) Owners hereby agree and state that the Parcels shall be considered one contiguous parcel of land. In connection therewith, Owners hereby agree and covenant that the Parcels shall be used in such a manner as if the three (3) parcels that comprise the Property were one zoning property. Such proposed use of the Property is for Passive Open Space (park), Accessory and Non-Accessory Parking, Group Living (dormitory), Accessory Signs, and Wireless/cellular Antennas.

2.2    Area. For purposes of zoning, exclusively, Owners hereby agree and state that the Property is comprised of three (3) parcels totaling approximately 72,687 square feet of land, as generally depicted on Exhibit D attached hereto, entitled, Hahnemann University Hospital Existing Conditions / Proposed Subdivision Plan V0803 ("**Zoning Plan**"), prepared by Pennoni Engineering P.A., and adopted by the Board of Surveyors on December 8, 2017, and consisting of 1 sheet.

ARTICLE III.

3.1    Extinguishment of Easement. **NOTICE: THE EXISTING LOTS AND THEIR STRUCTURES AND USES ARE CURRENTLY LEGALLY, EXISTING, NON-CONFORMING WITH APPLICABLE ZONING REQUIREMENTS. THEY ARE BEING CONSOLIDATED AS ONE LOT FOR ZONING PURPOSES. THEREFORE IF THE UNITY OF USE WERE EXTINGUISHED THE INDIVIDUAL LOTS COULD BE IN VIOLATION OF THE ZONING CODE UNDER ITS CURRENT TERMS, AND THEREFORE COULD REQUIRE VARIANCE OF OTHER RELIEF TO BECOME COMPLIANT.**

At any time hereafter, this Easement may be extinguished by the written agreement of all Owners, such executed agreement to be recorded. Upon recordation of such an extinguishment of easement among the land records of the county in which the Parcels are located, this Easement shall be null and void and, thereafter, neither party shall have neither any rights nor obligations as described herein. Prior to, and as a condition of, the recordation of the extinguishment of this Easement, a Zoning Permit/Use Registration Permit for each Parcel will be filed for and obtained (including any variance relief required from the Philadelphia Zoning Board of Adjustment) that addresses the extinguishment of this Easement, the lawful separation of the Parcels from the Easement for zoning purposes, the continuing compliance of the Parcels with L&I requirements, and the proposed use(s) of the individual properties. The Owners shall use good faith and diligent efforts, and shall cooperate with each other, to expeditiously file for and obtain a Zoning Permit/Use Registration Permit for each Parcel, and any variance relief required from the Philadelphia Zoning Board of Adjustment, to the extent necessary to complete the extinguishment of this Easement and shall cooperate with each other in their effort to accomplish the lawful separation of the Parcels from this Easement for zoning purposes in the event of such

2

extinguishment such that the Parcels remain, following such extinguishment, in compliance with L&I requirements and the continuing use(s) and structures of the individual properties are lawful.

Furthermore, if at any time hereafter any Zoning Permit/Use Registration Permit issued by L&I pursuant to this Easement is terminated or extinguished by L&I or pursuant to the order of any court having jurisdiction over the Parcels, the Owners shall use good faith and diligent efforts, and shall cooperate with each other, to expeditiously file for and obtain a Zoning Permit/Use Registration Permit for each Parcel, and any variance relief required from the Philadelphia Zoning Board of Adjustment, to the extent necessary to remedy the extinguishment of this Easement in order to accomplish the lawful separation of the Parcels for zoning purposes, such that the Parcels remain in compliance with L&I requirements and the continuing use(s) and structures of the individual properties are lawful.

ARTICLE IV.

4.1    Recitals. The Recitals and defined terms set forth above are incorporated herein by reference and constitute a material part of this Easement.

4.2    Binding Effect. The provisions of this Easement run with the land and shall inure to the benefit of or be binding upon and enforceable against the Owners of the Parcels, their heirs, personal representatives, successors and assigns. This Easement and the recordings required hereunder shall be recorded among the land records of Philadelphia County, where the Properties are located.

4.3    Governing Law. This Easement is created under and is to be governed, construed, and enforced in accordance with the laws of the Commonwealth of Pennsylvania.

4.4    Indemnity Agreement. The Owners of the Parcels shall indemnify, defend, and hold harmless each other from claims, demands, and causes of action asserted against the indemnitee by any person for personal injury, death, or loss or damage to property resulting from the negligence or willful misconduct of the indemnitor or its respective invitees or agents relating to the matters covered by this Easement. Where such personal injury, death, or loss of or damage to property is the result of joint negligence or willful misconduct of any or all Owners and/or their respective invitees or agents relating to the Parcels and the matters covered by this Easement, the indemnitor's duty of indemnification shall be in proportion to its allocable share of such joint negligence or willful misconduct.

4.5    No Impact On Other Easements. This Easement is not to be construed as in any way changing/altering or diminishing any other agreements or understandings relating to easements for the Properties described in Exhibits A-C.

4.6    Counterparts. This Easement may be executed in one or more counterparts, all of which together shall constitute a single agreement.

**[signature pages to follow]**

IN WITNESS WHEREOF, the Owners have set forth its hands and seals as of the day and year first above written.

BROAD STREET HEALTHCARE PROPERTIES, LLC

By: _____

Name: Joel Freedman

Title:   Chief Executive Officer and President

[Signature page to HUH North Unity of Use]

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_ )

COUNTY OF _LosAngeles_ )

On _December 30_, 2017, before me, _Larion Ayzman (Notary Public)_
    Date                          *(Here Insert Name and Title Of the Officer)*

personally appeared _Joel Lawrence Freedman_
                                 *Name(s) of Signers*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LARION AYZMAN
COMM. #2115103
Notary Public - California
Ventura County
My Comm. Expires June 12, 2019

Signature _____

*Signature of Notary Public*

**Place Notary Seal Above**

[Signature page to HUH North Unity of Use]

BROAD STREET HEALTHCARE PROPERTIES
II, LLC

By: _____
Name: Joel Freedman
Title: Chief Executive Officer and President

[Signature page to HUH North Unity of Use]

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_ )

COUNTY OF _Los Angeles_

On _December 20_, 2017, before me, _Larion Ayzman (Notary Public)_

     _Date_                                            _(Here Insert Name and Title Of the Officer)_

personally appeared _Joel Lawrence Freedman_

                                  _Name(s) of Signers_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LARION AYZMAN
COMM. #2115103
Notary Public · California
Ventura County
My Comm. Expires June 12, 2019

Signature _____

                *Signature of Notary Public*

                ***Place Notary Seal Above***

[Signature page to HUH North Unity of Use]

PAHH WOOD STREET GARAGE,  LLC

By: _____
Name: Mark J. Burkemper
Title:   Authorized Signatory


STATE OF _Illinois_____    :
                                                             : SS
COUNTY OF _Cook_____    :


On this, the 2 _2nd_ day of _January_____, 201_8_, before me, the undersigned Notary
Public, personally appeared _Mark_ J. Burkemper known to me (or satisfactorily proven) to be the person
whose name is subscribed to the within instrument, and acknowledge that she executed the same
in the capacity therein stated for the purposes therein contained.


IN WITNESS WHEREOF, I hereunto set my hand and official seal.


"OFFICIAL SEAL"
FELNETTA K. BURROWS
Notary Public, State of Illinois
My Commission Expires 06/24/19

Notary Public
State of Illinois
My commission expires
6/24/19

_____
Notary Public
My Commission Expires:


[Signature page to HUH North Unity of Use]

## EXHIBIT A

### *Legal Description of Lot 1*

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – EXISTING CONDITIONS / PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHERLY SIDE OF VINE STREET (VARIABLE WIDTH) WHERE IT INTERSECTS WITH THE WESTERLY SIDE OF BROAD STREET (113' WIDE) AND RUNNING:

1)    THENCE: ALONG SAID NORTHERLY SIDE OF VINE STREET, N78°59'00"W, A DISTANCE OF 269.667' TO A POINT;

2)    THENCE: N11°21'00"E, A DISTANCE OF 122.675' TO A POINT COMMON TO LOT 3;

3)    THENCE: ALONG THE SOUTHERLY LINE OF LOT 3 AND LOT 2, S78°59'00"E, A DISTANCE OF 269.667' TO A POINT ON THE SAID WESTERLY SIDE OF BROAD STREET;

4)    THENCE: ALONG THE SAID WESTERLY SIDE OF BROAD STREET, S11°21'00"W, A DISTANCE OF 122.675' TO THE FIRST MENTIONED POINT OF BEGINNING.

Containing 33,081 s.f. / 0.75944 acres of land.

## EXHIBIT B

*Legal Description of Lot 2*

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – EXISTING CONDITIONS / PROPOSED PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY SIDE OF WOOD STREET (40' WIDE) WHERE IT INTERSECTS WITH THE WESTERLY SIDE OF BROAD STREET (113' WIDE) AND RUNNING:

1) THENCE: ALONG SAID WESTERLY SIDE OF BROAD STREET, S11°21'00"W, A DISTANCE OF 106.575' TO A POINT COMMON TO LOT 1;

2) THENCE: ALONG THE NORTHERLY LINE OF LOT 1, N78°59'00"W, A DISTANCE OF 237.947' TO A POINT COMMON TO LOT 3;

3) THENCE: ALONG THE EASTERLY LINE OF LOT 3, N11°21'00"E, A DISTANCE OF 22.779' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 6.460' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 29.468' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 33.740' TO A POINT;

7) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 54.327' TO A POINT ON THE SOUTHERLY LINE OF SAID WOOD STREET;

8) THENCE: ALONG THE SAID SOUTHERLY LINE OF WOOD STREET, S78°59'00"E, A DISTANCE OF 197.747' TO THE FIRST MENTIONED POINT OF BEGINNING.

Containing 22,984 s.f. / 0.52764 acres of land.

## EXHIBIT C

### *Legal Description of Lot 3*

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – EXISTING CONDITIONS / PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY SIDE OF WOOD STREET (40' WIDE) WHERE IT INTERSECTS WITH THE EASTERLY SIDE OF 15th STREET (72' WIDE) AND RUNNING:

1) THENCE: ALONG SAID SOUTHERLY SIDE OF WOOD STREET, S78°59'00"E, A DISTANCE OF 197.920' TO A POINT COMMON TO LOT 2;

2) THENCE: ALONG THE WESTERLY LINE OF LOT 2, S11°21'00"W, A DISTANCE OF 54.327' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 33.740' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 29.468' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 6.460' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 22.779' TO A POINT COMMON TO THE NORTHERLY LINE OF LOT 1;

7) THENCE: ALONG THE NORTHERLY LINE OF LOT 1, N78°59'00"W, A DISTANCE OF 31.720' TO A POINT;

8) THENCE: N11°21'00"E, A DISTANCE OF 20.325' TO A POINT ON THE NORTHERLY SIDE OF PEARL STREET (18' WIDE);

9) THENCE: ALONG THE SAID NORTHERLY SIDE OF PEARL STREET, N78°59'00"W, A DISTANCE OF 126.000' TO A POINT ON THE SAID EASTERLY SIDE OF 15th STREET;

10) THENCE: ALONG THE SAID EASTERLY SIDE OF 15th STREET, N11°21'00"E, A DISTANCE OF 86.250' TO THE FIRST MENTIONED POINT OF BEGINNING.

Containing 16,622 s.f. / 0.38159 acres of land.

EXCEPTING THEREOUT AND THEREFROM

ALL THAT CERTAIN lot or piece of ground lying above a horizontal plane 36.50 feet above Philadelphia City Datum, said elevation being the top of the structural floor slab at the first floor level.

BEGINNING at the point of intersection of the Southerly side of Wood Street (40 feet wide) with the Easterly side of 15th Street (72 feet wide); thence from said point of beginning extending the following four courses and distances:

1. Along the said side of Wood Street South 78 degrees 59 minutes 00 seconds East 197 feet, 9 inches to a point;

2. South 11 degrees 21 minutes 00 seconds West 54 feet, 3-1/2 inches to a point;

3. North 78 degrees 59 minutes 00 seconds West approximately along the Southerly face of a 16 story building 197 feet, 9 inches to a point on the Easterly side of 15th Street;

4. Along the said side of 15th Street North 11 degrees 21 minutes 00 seconds East 54 feet, 3-1/2 inches to the first mentioned point and place of beginning.

AND limited to all vertical area within the confines of the above horizontal boundaries up to an elevation of 205 feet above Philadelphia City Datum.

## EXHIBIT D

*Zoning Site Plan*

53316750    Page 14 of 16    01/18/2018 03:21 PM



EXISTING CONDITIONS PLAN

PROPOSED SUBDIVISION PLAN

V0803

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

| BOOK NO. | PAGE NO. |
|---|---|

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT — All inquiries may be directed to the following person:

NAME
**Eileen M. Christian**

STREET ADDRESS **Land Services USA, Inc. c/o 1835 Market** CITY
St, Suite 420                                **Philadelphia**

TELEPHONE NUMBER

AREA CODE **(484)** 885-2899

STATE **PA**     ZIP CODE **19103**

## B. TRANSFER DATA

GRANTOR(S)/LESSOR(S)
**see attached**

DATE OF ACCEPTANCE OF DOCUMENT: **January 11, 2018**

GRANTEE(S)/LESSEE(S)
**see attached**

STREET ADDRESS
**see attached**

STREET ADDRESS
**see attached**

CITY        STATE        ZIP CODE

CITY        STATE        ZIP CODE

## C. PROPERTY LOCATION

STREET ADDRESS
**see attached**

CITY, TOWNSHIP, BOROUGH
**Philadelphia**

COUNTY
**Philadelphia**

SCHOOL DISTRICT
**Philadelphia**

TAX PARCEL NUMBER
**see attached**

## D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| 0.00 | + 0.00 | = 0.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| see attached | X 1.01 | = see attached |

## E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 0.00 | 100% |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____
                                        (NAME OF DECEDENT)                    (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____
Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY

**Land Services USA, Inc., By:**

DATE
**January 11, 2018**

82-127 (Rev. 6/93)                              (SEE REVERSE)

**Grantors/Grantees:**

BROAD STREET HEALTHCARE PROPERTIES II, LLC (Lot 1), 222 N. Sepulveda Boulevard, Suite 900, El Segundo, CA 90245

PAHH WOOD STREET GARAGE, LLC (Lot 2), c/o Harrison Street Real Estate, LLC. 444 W. Lake Street, Suite 210, Chicago, IL 60606

BROAD STREET HEALTHCARE PROPERTIES, LLC (Lot 3), 222 N. Sepulveda Boulevard, Suite 900, El Segundo, CA 90245

**Existing Addresses:**

300 N. Broad Street, Philadelphia, Pennsylvania
302 N. Broad Street, Philadelphia, Pennsylvania
304 N. Broad Street, Philadelphia, Pennsylvania
306-320 N. Broad Street, Philadelphia, Pennsylvania
325 N. 15th Street (portion), Philadelphia, Pennsylvania

| New Addresses | New OPA Numbers | Assessed Values | Computed Value |
|---|---|---|---|
| Lot 1: 300-04 N. Broad St. | 88-5-6202- 42 | Not yet assessed | Not yet assessed |
| Lot 2: 306-20 N. Broad St. | 88-3-4001-02 | Not yet assessed | Not yet assessed |
| Lot 3: 325 N. 15th St. | 88-1-0382-02 | Not yet assessed | Not yet assessed |

Easement & Unity of Use Statement – HUH North