# EXHIBIT P

An official website of the City of Philadelphia government Here's how you know

## Property History
Permits, licenses, violations & appeals by address

# COMMERCIAL BUILDING PERMIT
# CP-2023-005469

**ISSUED** 03/05/2024

**L&I District: CENTRAL WEST**
**OPA Account #: 772024002**
216-20 N BROAD ST
Philadelphia, PA 19102-1121

| | |
|---|---|
| **L&I district** | CENTRAL WEST |
| **Permit number** | CP-2023-005469 |
| **Permit type** | COMMERCIAL BUILDING PERMIT (BUILDING) |
| **Type of work** | ADDITION AND/OR ALTERATION<br>FOR LEVEL II ALTERATIONS TO AN EXISTING ATTACHED STRUCTURE. FOR A COMPLETE CHANGE OF OCCUPANCY TO A BOARDING HOUSE (GROUP R-2). ALTERATIONS TO INCLUDE THE ERECTION OF PARTITION WALLS, PROVIDE FINISHES/FURNISHINGS AND ACCESSIBILITY IMPROVMENTS THROUGHOUT. ALL WORK TO BE DONE PER APPROVED PLANS. IF FIELD CONDITIONS VARY CONTACT DESIGN ENGINEER PRIOR TO THE START OF ANY WORK. SEPARATE PERMITS TO BE OBTAINED FOR ALL OTHER WORK. ASBESTOS ABATEMENT REQUIRED PRIOR TO THE START OF WORK. |
| **Permit status** | ISSUED |
| **Date issued** | Mar. 05, 2024 |
| **Zoning documents** | No zoning documents |

An official website of the City of Philadelphia government  Here's how you know

# Property History
Permits, licenses, violations & appeals by address

Department of Licenses & Inspections   Terms of Use   Right to Know   Privacy Policy

An official website of the City of Philadelphia government  Here's how you know

# Property History
Permits, licenses, violations & appeals by address

MECHANICAL / FUEL GAS PERMIT                                                       ISSUED 01/26/2023
# MP-2022-006418

**L&I District: CENTRAL WEST**
**OPA Account #: 772024002**
216 N BROAD ST
Philadelphia, PA 19102-1121

| | |
|---|---|
| L&I district | CENTRAL WEST |
| Permit number | MP-2022-006418 |
| Permit type | MECHANICAL / FUEL GAS PERMIT (MECHANICAL) |
| Type of work | ADDITION AND/OR ALTERATIONS<br>MECHANICAL / FUEL GAS PERMIT FOR COMBO CP-2022-004436 |
| Permit status | COMPLETED |
| Date issued | Jan. 26, 2023 |
| Zoning documents | No zoning documents |
| Contractor | ROBERT C JOHNSON<br>ROBERT C JOHNSON 132 CEDAR GROVE RD MULLICA HILL, NJ 08062 USA |

Department of Licenses & Inspections    Terms of Use    Right to Know    Privacy Policy

An official website of the City of Philadelphia government Here's how you know

# Property History
Permits, licenses, violations & appeals by address

## PLUMBING PERMIT
## PP-2022-018088

**ISSUED** 12/22/2022

**L&I District: CENTRAL WEST**
**OPA Account #: 772024002**
216 N BROAD ST
Philadelphia, PA 19102-1121

| | |
|---|---|
| L&I district | CENTRAL WEST |
| Permit number | PP-2022-018088 |
| Permit type | PLUMBING PERMIT (PLUMBING) |
| Type of work | ALTERATIONS<br>PLUMBING PERMIT (INTERIOR) FOR COMBO CP-2022-004436 |
| Permit status | COMPLETED |
| Date issued | Dec. 22, 2022 |
| Zoning documents | No zoning documents |
| Contractor | E. J. RAITH MECHANICAL INC.<br>E. J. RAITH MECHANICAL INC. 1513 MCDANIEL DR WEST CHESTER PA 19380 USA |

**Department of**
**Licenses and Inspections**
CITY OF PHILADELPHIA

# Zoning Permit

**Permit Number** ZP-2022-010767

| | |
|---|---|
| **LOCATION OF WORK** | **PERMIT FEE**     **DATE ISSUED** |
| 216-20 N BROAD ST, Philadelphia, PA 19102-1121 | $1,722.00     11/1/2022 |
| | **ZBA CALENDAR**     **ZBA DECISION DATE** |
| | **ZONING DISTRICTS** |
| | CMX5 |

**PERMIT HOLDER**

IS BBFB LLC                               2929 Walnut Street, Suite 1540 Philadelphia, Pennsylvania 19104

**OWNER CONTACT 1**

STC Enterprises LP                     2929 Walnut Street, Suite 1540 Philadelphia, PA 19104

**OWNER CONTACT 2**

Dreamtigers Investments LP          2929 Walnut Street, Suite 1540 Philadelphia, PA 19104

**TYPE OF WORK**

New construction, addition, GFA change

**APPROVED DEVELOPMENT**

REPLACE EXISTING COVERED ENTRANCE WITH AN ENCLOSED LOBBY SPACE AND NEW CANOPY ALONG EXISTING BUILDING FACADE, SIZE AND LOCATION AS SHOWN ON THE PLANS.

**APPROVED USE(S)**

Public, Civic, and Institutional - Hospital

THIS PERMIT IS SUBJECT TO THE FOLLOWING PROVISO(S) AS ESTABLISHED BY THE ZONING BOARD OF ADJUSTMENT (ZBA)



CONDITIONS AND LIMITATIONS:
• Permits, including Zoning Permits **not** involving development, shall expire if the authorized work or Use is not commenced within, or if work is suspended or abandoned for period of, **six (6) months from the date of issuance** with the following exceptions
- **30-days or 10-days** for Permits related to Unsafe or Imminently Dangerous properties respectively.
- **3-years** from issuance or date of decision by ZBA for Zoning Permits involving development.
- **60-days** for Plumbing, Electrical or Fire Suppression Rough-In Approvals
- Any Permit issued for construction or demolition is valid for no more than **five (5) years.**

• All provisions of the Philadelphia Code must be complied with, whether specified herein or not. This permit does NOT constitute approval of any Violation of such Code.
• The issuance of this CO/permit does not affirm that the subject property is federally compliant with the Americans with Disabilities Act. Owner remains responsible for ensuring property complies with all local, state and federal requirements.



# Department of
# Licenses and Inspections
CITY OF PHILADELPHIA

# Zoning Permit
**Permit Number** ZP-2022-010767

ADDITIONAL LOCATION(S)

See front side for primary parcel associated with this permit

PARCEL

216-20 N BROAD ST, Philadelphia, PA 19102-1121

ADDITIONAL USE DETAILS

See front side for specific use(s) associated with this permit

This permit is subject to the following specific conditions.

CONDITIONS

This Zoning Permit (ZP) shall expire if construction or operation pursuant to the permit or approval has not begun within three years after the date the permit or approval was granted.

Changes of use shall be valid for a period of six months unless an application for a Certificate of Occupancy is submitted for that use within such period.

See § 14-303 of the Philadelphia Zoning Code for more information.

**Tax Exemption(Abatement):** Information and applications for Real Estate Tax Abatement for new construction and improvements available from the Office of Property Assessment www.phila.gov/opa, 215-686-4334, 601 Walnut St., 300W, Phila, PA 19106. Applications for new construction and commercial improvements due within 60 days of permit issuance. Residential rehab and builder/developer applications due by Dec 31 of year of permit issuance