# EXHIBIT R

## Getting to the Lab

 **PUBLIC TRANSPORTATION**

Being in the heart of Center City allows easy access to both the Market-Frankfort and Broad Street Subway lines. Traveling regional rail? Race Street Labs is a short walk from both Suburban and Jefferson stations. Traveling by bus? Septa offers a wide network of routes that service the nearby area. Please visits Septa or Google Maps to learn more and plan your trip.

 **PARKING: THE RIGHT SPOT FOR YOU**

With ease of access to I-676, getting to Race Street Labs is convenient by car. There is structured parking within one block of the lab site. Beyond that, Center City offers many available lots for weekly or monthly arrangements and on-street city parking is available for both residents and non-residents on designated blocks. Up to two spaces per thousand available for monthly rental.

 **BIKE SHARE & STORAGE**

Indego bikes are available throughout the city. Several locations are convenient to Race Street Labs including 16th & Arch, 17th & JFK, the Municipal Services Building Plaza on Broad Street and at Reading Terminal Market. On-site bike storage is also available.



OVERVIEW
AMENITIES
LOCATION
PHOTOS & PLANS
NEWS
NOW LEASING

LEASING INFO

COPYRIGHT © 2024 RACE STREET LABS.
ALL RIGHTS RESERVED.