**EXHIBIT S**

**Lifestyle Amenities**


STRUCTURED PARKING WITHIN 1 BLOCK OF SITE


SHOWER/LOCKER FACILITIES


SHARED CONFERENCE FACILITY


INDOOR BIKE STORAGE





**Race Street Labs leases include:**

- 24 Hour Controlled Access
- Conference Facilities
- Office Support Spaces
- On-Site Lab Manager