# EXHIBIT U

Message

**From:** Andrew Eisenstein [eisenstein@iron-stone.com]
**Sent:** 1/24/2024 10:26:12 AM
**To:** Jason Friedland [jason@iron-stone.com]
**CC:** Julie Foyle livewtprops [julie@livewtprops.com]; Matt Canno [matt@iron-stone.com]; Peter Wieck [pwieck@wtprops.com]
**Subject:** Re: Race Street Labs - Contact Information

We have a giant sign that says 1421 that's visible from the street. Working on getting sign at street but it's in legal issue at the moment

Eisenstein@iron-stone.com

On Wed, Jan 24, 2024 at 10:25 AM Jason Friedland <jason@iron-stone.com> wrote:

> We can't do anything with the sign at the street right now – we risk violating the stay. Let us work on this a little behind the scenes
>
> **From:** Peter Wieck <pwieck@wtprops.com>
> **Sent:** Wednesday, January 24, 2024 10:01 AM
> **To:** Andrew Eisenstein <eisenstein@iron-stone.com>
> **Cc:** Jason Friedland <jason@iron-stone.com>; Julie Foyle livewtprops <julie@livewtprops.com>; Matt Canno <matt@iron-stone.com>
> **Subject:** RE: Race Street Labs - Contact Information
>
> Yes, I agree. I could get that started unilaterally – there is power nearby.
>
> Thanks!
>
> **From:** Andrew Eisenstein <eisenstein@iron-stone.com>
> **Sent:** Wednesday, January 24, 2024 9:56 AM
> **To:** Peter Wieck <pwieck@wtprops.com>
> **Cc:** Jason Friedland <jason@iron-stone.com>; Julie Foyle livewtprops <julie@livewtprops.com>; Matt Canno <matt@iron-stone.com>
> **Subject:** Re: Race Street Labs - Contact Information
>
> In our letter to CCH from Derek we told them they need to put the sign back that's in the load by dock storage area below ramp and allow us to reface. It would be ideal to out this back and electrify but we need them to do or authorize us to do now
>
> Eisenstein@iron-stone.com

On Wed, Jan 24, 2024 at 9:43 AM Peter Wieck <pwieck@wtprops.com> wrote:

Our emails are crossing. I was going to request a sign at the bottom of the ramp. There is space and exposure that would be visible from east-bound Race Street traffic, as well as walk-by traffic.

---

**From:** Jason Friedland <jason@iron-stone.com>
**Sent:** Wednesday, January 24, 2024 9:38 AM
**To:** Peter Wieck <pwieck@wtprops.com>
**Cc:** Andrew Eisenstein <eisenstein@iron-stone.com>; Matt Canno <matt@iron-stone.com>; Julie Foyle livewtprops <julie@livewtprops.com>
**Subject:** FW: Race Street Labs - Contact Information
**Importance:** High

We have an urgent issue regarding USPS and our new lab tenant at Race Street Labs. I'm copying Julie who has worked with the post office in the past to update addresses. Any ideas about how to resolve this quickly?

1. There is the administrative issue of updating the address at the post office
2. There is the issue with the court and getting our sign replaced

Jason

---

**From:** Jacob Brodie <jacob.brodie@bgencap.com>
**Sent:** Tuesday, January 23, 2024 4:02 PM
**To:** Jason Friedland <jason@iron-stone.com>
**Cc:** Carolyn Soccio <carolyn.soccio@bgencap.com>
**Subject:** RE: Race Street Labs - Contact Information

Hi Jason,

Thank you again for reaching out and giving me a conduit of support if needed at 1421 Race Street Labs. An interesting issue has developed with locating the lab for deliveries and guests. It appears that the US Postal Service, Uber, Fedex and others don't have the right location for 1421 Race Street. We are having many packages mis-delivered or go missing. Prospective employees coming for an interview have been 30 minutes, or more, late because they couldn't find the lab. In one instance the candidate gave up and went home. I've attached todays correspondence between our CEO and Peter. I know Peter wants to help but given the importance of the issue, I wanted to see if you can help us resolve the problem quickly.

The people involved are our CEO, Saba Malak and Carolyn Soccio, our executive assistant and office manager. They are communicating with your team.

All the best,

Jacob

---

**Jacob Brodie**
Co-President

Brodie Generational Capital Partners, LLC
150 North Radnor Chester Road
Suite F100
Radnor, PA 19087
Office: +1-610-347-8430
Mobile: +1-267-255-4829
Email: Jacob.Brodie@bgencap.com

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. It may contain confidential, proprietary or legally privileged information or may otherwise be protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email.

**From:** Jason Friedland <jason@iron-stone.com>
**Sent:** Monday, January 8, 2024 9:49 AM
**To:** Jacob Brodie <jacob.brodie@bgencap.com>
**Subject:** Race Street Labs - Contact Information

**EXTERNAL email. Exercise caution.**

Hi Jacob –

I am one of the owners of Race Street Labs and partner at Iron Stone. I wanted to reach out and make sure that you had my contact information. Please feel free to email or text me if Zahav needs something or some level of service our on-site property management team is not providing. My cell is 267-207-1475.

We are excited that Zahav has chosen Race Street Labs for its laboratory science space needs.

Sincerely,

Jason

Jason E Friedland
Director of Investments, Partner
Iron Stone Real Estate Partners
FMC Tower
2929 Walnut Street - Suite 1540
Philadelphia, PA 19104

www.iron-stone.com
https://www.linkedin.com/in/jason-friedland-0880759/

IS_042358