# EXHIBIT V

Message

**From:** Jason Friedland [jason@iron-stone.com]
**Sent:** 6/6/2023 3:43:18 PM
**To:** Samantha Reese [sreese@d2brandingllc.com]
**CC:** Andrew Eisenstein [eisenstein@iron-stone.com]; Danielle Trotter [dtrotter@d2brandingllc.com]
**Subject:** RE: RSL Signage

Please send me the specs/renderings for the canopy signage

**From:** Samantha Reese <sreese@d2brandingllc.com>
**Sent:** Tuesday, June 6, 2023 3:37 PM
**To:** Jason Friedland <jason@iron-stone.com>
**Cc:** Andrew Eisenstein <eisenstein@iron-stone.com>; Danielle Trotter <dtrotter@d2brandingllc.com>
**Subject:** RE: RSL Signage

Hi Jason – Sounds good! Do you think want to move forward with the signs on the street level or the canopy signage?

**Samantha Reese**
Project Manager
T 484.471.0690   M 609-513.9690

**D2**
2540 Renaissance Blvd
King of Prussia, PA 19406
d2groups.com

The information contained in this email (including attachments) is intended solely for the use of the named addressee. If you have received this electronic transmission in error, please call 484.471.0690 or send an e-mail immediately. Recipient request understands that documents transmitted electronically can be altered by transcription, machine error, environmental factors, or by operator. Recipient shall indemnify and hold harmless D2 Groups, LLC / D2 Branding, LLC and their subsidiaries, affiliates, officers and employees against any and all claims, damages, losses, expenses and fees arising out of changes or modifications to the electronic data attached to this email.

**From:** Jason Friedland <jason@iron-stone.com>
**Sent:** Tuesday, June 6, 2023 1:43 PM
**To:** Samantha Reese <sreese@d2brandingllc.com>
**Cc:** Andrew Eisenstein <eisenstein@iron-stone.com>
**Subject:** RSL Signage

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Samantha,

We like the temp sign and do not feel like we need anything more permanent or higher. Please cancel the zoning app for this replacement sign incl the purchase order to create a new one.

Jason E Friedland
Director of Investments, Partner
Iron Stone Real Estate Partners
FMC Tower
2929 Walnut Street - Suite 1540
Philadelphia, PA 19104

www.iron-stone.com
https://www.linkedin.com/in/jason-friedland-0880759/

IS_019480