# EXHIBIT W

**Department of**
# Licenses and Inspections
CITY OF PHILADELPHIA

# Zoning Permit

**Permit Number** ZP-2023-006700

| LOCATION OF WORK | | PERMIT FEE | DATE ISSUED |
|---|---|---|---|
| 216-20 N BROAD ST, Philadelphia, PA 19102-1121 | | $174.00 | 6/30/2023 |

**ZBA CALENDAR**     **ZBA DECISION DATE**

**ZONING DISTRICTS**

CMX5

**PERMIT HOLDER**

ID BBFB LLC                2929 Walnut Street, Suite 1540 Philadelphia, Pennsylvania 19104

**OWNER CONTACT 1**

Matt Canno, Esq.                2929 Walnut Street, Suite 1540, Philadelphia PA

**OWNER CONTACT 2**

Jason Friedland                2929 Walnut Street, Suite 1540, Philadelphia PA

**TYPE OF WORK**

Change of Use

**APPROVED DEVELOPMENT**

**APPROVED USE(S)**

Group Living

THIS PERMIT IS SUBJECT TO THE FOLLOWING PROVISO(S) AS ESTABLISHED BY THE ZONING BOARD OF ADJUSTMENT (ZBA)



**CONDITIONS AND LIMITATIONS:**
• Permits, including Zoning Permits **not** involving development, shall expire if the authorized work or Use is not commenced within, or if work is suspended or abandoned for period of, **six (6) months from the date of issuance** with the following exceptions:
  - **30-days or 10-days** for Permits related to Unsafe or Imminently Dangerous properties respectively.
  - **3-years** from issuance or date of decision by ZBA for Zoning Permits involving development.
  - **60-days** for Plumbing, Electrical or Fire Suppression Rough-In Approvals.
  - Any Permit issued for construction or demolition is valid for no more than **five (5) years.**
• All provisions of the Philadelphia Code must be complied with, whether specified herein or not. This permit does NOT constitute approval of any Violation of such Code.
• The issuance of this CO/permit does not affirm that the subject property is federally compliant with the Americans with Disabilities Act. Owner remains responsible for ensuring property complies with all local, state and federal requirements.

**Department of**
# Licenses and Inspections
CITY OF PHILADELPHIA

# Zoning Permit

**Permit Number** ZP-2023-006700

ADDITIONAL LOCATION(S)

See front side for primary parcel associated with this permit

PARCEL

216-20 N BROAD ST, Philadelphia, PA 19102-1121

ADDITIONAL USE DETAILS

See front side for specific use(s) associated with this permit

This permit is subject to the following specific conditions.

CONDITIONS

This Zoning Permit (ZP) shall expire if construction or operation pursuant to the permit or approval has not begun within three years after the date the permit or approval was granted.

Changes of use shall be valid for a period of six months unless an application for a Certificate of Occupancy is submitted for that use within such period.

See § 14-303 of the Philadelphia Zoning Code for more information.

**Tax Exemption(Abatement):** Information and applications for Real Estate Tax Abatement for new construction and improvements available from the Office of Property Assessment www.phila.gov/opa, 215-686-4334, 601 Walnut St., 300W, Phila, PA 19106. Applications for new construction and commercial improvements due within 60 days of permit issuance. Residential rehab and builder/developer applications due by Dec 31 of year of permit issuance.

Page 2 of 2