# EXHIBIT X



IS_003047