# EXHIBIT BB



Transcript of the Testimony of

**SABA MALAK**

March 21, 2024

**In re: CENTER CITY HEALTHCARE, LLC, et al.**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

Case 23-50337-MFW    Doc 107-27    Filed 04/18/24    Page 3 of 15

In re: CENTER CITY HEALTHCARE, LLC, et al.                    SABA MALAK

```
 1              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
 2                        - - -
    ------------------------------x
 3  In re:                        :  Chapter 11
                                  :  Case No. 19-11466
 4  CENTER CITY HEALTHCARE,       :  (MFW)
    LLC d/b/a HAHNEMANN           :  (Jointly Administered)
 5  UNIVERSITY HOSPITAL, et       :
    al.                           :
 6       Debtors.                 :
    ------------------------      :
 7  IS BBFB LLC, and IS 245       :
    NORTH 15th LLC,               :  Adv. Proc. No.
 8       Plaintiffs,              :  23-50337 (MFW)
         v.                       :
 9  CENTER CITY HEALTHCARE,       :
    LLC,                          :
10       Defendant.               :
    ------------------------------x
11                        - - -
                    March 21, 2024
12                        - - -

13     Oral Deposition of SABA MALAK, held at the

14  law offices of TROUTMAN PEPPER, 3000 Two Logan

15  Square, Philadelphia, PA 19103, beginning at

16  8:20 a.m., on the above date, before Denise D.

17  Bach, a Registered Professional Reporter,

18  Certified Court Reporter, License No.

19  XI0003990, and Notary Public for PA, NJ, DE

20  and NY.

21

22  Reliable Job No. 6652

23

24

25
```

**ORIGINAL**

In re: CENTER CITY HEALTHCARE, LLC, et al.

SABA MALAK

Page 2

```
 1    APPEARANCES:

 2            SAUL EWING ARNSTEIN & LEHR, LLP
              BY: JOHN D. DEMMY, ESQUIRE
 3            Suite 2300
              1201 North Market Street
 4            Wilmington, DE 19801
              302.421.6848
 5            john.demmy@saul.com
              --Representing the Debtor.
 6
              JOKELSON LAW GROUP, P.C.
 7            BY: DEREK E. JOKELSON, ESQUIRE
              230 South Broad Street
 8            Suite 1004
              Philadelphia, PA 19102
 9            215.735.7556
              dej@jokelson.com
10            --Representing the Plaintiff(s)

11            TROUTMAN PEPPER
              BY: DOUGLAS D. HERRMANN, ESQUIRE
12            Suite 5100, Hercules Plaza
              1313 Market Street
13            Wilmington, DE 19801
              302.777.6500
14            douglas.herrmann@troutman.com
              --Representing the Witness and Zahav
15              Bioscience, LLC

16

17

18

19

20

21

22

23

24

25
```

```
 1   different address.
 2        A.    Other people at Zahav became
 3   aware of the same issue I described, because
 4   we shared it with them, that there were
 5   different understandings by different entities
 6   as to what the correct number was on Race
 7   Street for the building.
 8        Q.    Okay.  What was the genesis of
 9   those discussions?
10        A.    It started when we started losing
11   packages and it became an issue.  And so we
12   started engaging with the building people.
13   And probably the first time it came up was in
14   a, kind of a hallway conversation when one of
15   my colleagues bumped into the security person
16   in the building when he was looking for a
17   package.  And I believe that was when that
18   person told him that the fire department
19   thought the address was 1417 Race Street.
20        Q.    Okay.  Did you -- did Zahav
21   Bioscience do any investigation about whether
22   or not the address really is 1417 Race Street?
23        A.    I informed Carolyn Soccio and at
24   one point Carolyn said she called the post
25   office and that the post office I believe told
```

1  her there was no 1421 Race Street on their
2  records.
3      Q.    Is Zahav Bioscience aware of any
4  efforts being made to change the address of
5  the Race Street Labs from anything to 1421
6  Race Street?
7      A.    What I was told is that in order
8  to try and solve the problem, a representative
9  of the landlord was contacting map companies
10 to make sure that they reflected the building
11 correctly on their mapping systems.
12     Q.    Did you say Mac or map?
13     A.    Map.
14     Q.    Maps?
15     A.    Such as Google Maps, you know,
16 the navigation maps used by different
17 companies.
18     Q.    Okay.  Do you have an
19 understanding whether 1417 Race Street is an
20 actual address that exists?
21     A.    I do not.
22     Q.    Does anyone at Zahav Bioscience
23 have any understanding in that regard?
24     A.    Not to my knowledge.
25     Q.    What is Zahav Bioscience's

1  I can't tell you.

2      Q.    So, are you saying there has been
3  an impact and what I would take from your
4  testimony is a positive impact?

5      A.    Yes, there has been.  There's
6  been an improvement.

7      Q.    And that is since late January
8  and early February?

9      A.    Again, very hard to time it, but,
10 no, more probably later in February.

11     Q.    Okay.  And that means, I'm
12 surmising, that you've had less delivery
13 issues?

14     A.    That is correct.

15     Q.    Have you had any delivery issues
16 since mid-February or late February of 2024?

17     A.    I'm sure we've had some, but, you
18 know, nowhere, nowhere the same number as
19 before.

20     Q.    Well, again, I'm going to ask you
21 not to speculate.

22           Are you aware of any delivery
23 issues since mid-February of 2024?

24     A.    Again, if you understood how many
25 packages we received, you would know that it's

1  impossible for me to definitively answer that
2  question.
3      Q.   Well, have you been advised since
4  mid-February of 2024 that packages you were
5  expecting have not been delivered?
6      A.   Well, may I see that Amazon list?
7      Q.   Sure.  Go ahead and take a look
8  at Zahav Exhibit 2.
9      A.   Okay.  That's January.
10          No specific instance since
11 mid-February comes to mind.
12     Q.   Okay.  And, in fact, on
13 Exhibit 2, which you just looked at, all of
14 those alleged missed deliveries have dates of
15 late December and in January of 2024, correct?
16          MR. HERRMANN:  Object to the form
17 of the question.
18          You may answer.
19 BY MR. DEMMY:
20     Q.   If you need to look at it again,
21 you can.
22     A.   No, that's correct.
23     Q.   Okay.  And this email was
24 provided to you, Zahav-2, was provided to you,
25 it appears, on Tuesday, March 12th, by Ms.

In re: CENTER CITY HEALTHCARE, LLC, et al.

SABA MALAK

Page 50

```
 1   BY MR. DEMMY:
 2          Q.      I'm asking about you personally.
 3          A.      I believe when I had scanned the
 4   lease once previously, early on, I had seen
 5   something about parking, but it certainly was
 6   not top of mind for me.  But I was -- yeah, I
 7   had awareness, yes.
 8          Q.      Okay.  So, I'll just direct your
 9   attention to page 11 of the lease.  And
10   specifically Section 5.2 of the lease titled
11   "Parking."
12                  Is this the section you were
13   referring to seeing when you scanned through
14   the lease?
15          A.      Yes.
16          Q.      And you'll agree with me that
17   this provision provides that, "Landlord shall
18   make available on a monthly basis for the use
19   by tenant and its employees five parking
20   spaces at the parking garage located at 316
21   North Broad Street, Philadelphia, PA."
22                  Do you see that?
23          A.      Yes.
24          Q.      Okay.  And as stated in this
25   lease, this is a non-exclusive right.
```

In re: CENTER CITY HEALTHCARE, LLC, et al.

SABA MALAK

Page 51

```
 1              Do you see that?
 2       A.     No.  Could you point me to that,
 3  please?  Oh, yes, Line 4.
 4       Q.     Yeah.  Second sentence talks
 5  about, "Such parking spaces shall be made
 6  available for the parking of standard size
 7  automobiles on a non-exclusive right."
 8       A.     Yes, I see that.
 9       Q.     Do you understand what that
10  means?
11       A.     I do not.
12       Q.     How many people work at Race
13  Street Labs on a consistent, daily basis?
14              MR. HERRMANN:  Object to the form
15  of the question.
16  BY MR. DEMMY:
17       Q.     I'm sorry --
18       A.     You mean Zahav?
19       Q.     -- how many Zahav Bioscience
20  employees or others associated with Zahav work
21  at the Race Street Labs on a daily basis?
22              MR. HERRMANN:  Object to the form
23  of the question.
24              You can answer.
25              THE WITNESS:  Four currently, but
```

```
 1    we have growth plans.
 2    BY MR. DEMMY:
 3           Q.      And are they there on a
 4    consistent daily basis?
 5           A.      They are.  I mean, with the
 6    proviso that I -- you know my -- you know,
 7    I've been there roughly three days a week.
 8           Q.      Okay.  So, the four employees
 9    are --
10           A.      The others are there.
11           Q.      -- in addition to yourself on a
12    three-day-a-week basis?
13           A.      The others are there on a
14    five-day basis, yes.
15           Q.      Right.
16                   MR. HERRMANN:  You're one of the
17    four.
18                   THE WITNESS:  I am one of the
19    four.
20    BY MR. DEMMY:
21           Q.      Okay.  So, the four employees
22    that you're referring to include you?
23           A.      Correct.
24           Q.      So, three are there on a
25    full-time basis?
```

1    A.    Yes.  But I could be there on a
2    full-time basis in the future.
3         Q.    Okay.  Do the employees that work
4    at Race Street Labs park at the parking
5    facility identified in the lease?
6         A.    They do not.
7         Q.    Where do they park?
8         A.    They don't.
9         Q.    How do they get there?
10        A.    One of them walks.  And two of
11   them I believe take the train.
12        Q.    You, personally, do you park at
13   the parking facility identified in the lease?
14        A.    I do not.
15        Q.    How do you get there?
16        A.    I walk or take Ubers.
17        Q.    Where do you typically stay in
18   the area when you're here working for Zahav
19   Bioscience?
20        A.    Recently I've been staying at the
21   Sheraton on 17th Street.
22        Q.    Okay.  And you've been Ubering to
23   Race Street Labs?
24        A.    No.  That's two blocks away, so
25   I've been walking recently.

```
 1   parking, correct?
 2        A.    That's correct.
 3        Q.    Shall I conclude from that that
 4   Zahav Bioscience has no issues with parking at
 5   Race Street Labs?
 6        A.    No.  I think you should -- I
 7   don't know what issues Zahav Biosciences are.
 8   You should conclude that this email had
 9   nothing to do with parking.
10        Q.    Does Zahav Biosciences have any
11   issues with parking at Race Street Labs?
12        A.    Not to my knowledge.
13        Q.    Okay.  Who should I ask if I want
14   somebody's knowledge other than yourself?
15              MR. HERRMANN:  Object to the form
16   of the question.
17              You can answer.
18              THE WITNESS:  You should probably
19   ask Jacob Brodie.
20   BY MR. DEMMY:
21        Q.    Okay.  Do you have any idea why
22   he's not sitting here as the 30(b)(6) designee
23   for Zahav Biosciences?
24        A.    I do not.
25        Q.    Because you referred to him as
```

1  1421. After I heard that fact about the fire
2  department, I did a test and used 1417.
3  BY MR. DEMMY:
4      Q.    Uh-huh.
5      A.    And, in that case, Uber found the
6  building fine. So, I've started to use 1417
7  when I take Ubers.
8      Q.    Did that experience give you any
9  pause to question whether or not the 1421
10 address was correct?
11     A.    My -- so, my assumption was that,
12 for some reason, different mapping systems had
13 that building as reflected under different
14 numbers.
15     Q.    But you also testified that the
16 U.S. post office didn't have 1421 as an
17 address, correct?
18     A.    That's correct.
19     MR. HERRMANN: Sorry, I'll just
20 insert an objection there.
21 BY MR. DEMMY:
22     Q.    But didn't these incidents give
23 you any concern that 1421 Race Street was not
24 a recognized address that should be used?
25     MR. HERRMANN: Object to the form

1    problem, include fixing the address if there

2    is a problem with the address?

3         A.    To the extent there's a problem,

4    fixing it is a solution if we continue -- if

5    we receive all -- or if we receive our

6    deliveries and people don't have any

7    difficulty locating the building.

8         Q.    Beside your personal experience

9    with Ubers, does Zahav Biosciences have any

10   other information about Uber drivers and taxi

11   drivers not being able to find the building?

12             MR. HERRMANN:  Object to the

13   formed of the question; other than what he's

14   already testified.

15             You can answer the question.

16             THE WITNESS:  I have one other

17   piece of information.  An electrician

18   mentioned that -- who does a lot of work in

19   the building and in the area, that he directs

20   his people to use 1415, 1-4-1-5, Race Street,

21   and that works for them.

22   BY MR. DEMMY:

23        Q.    Okay. But no other -- my

24   question was about Uber and taxi drivers.  And

25   you have no other information with respect to