# EXHIBIT CC

# City of Philadelphia

## OFFICE OF PROPERTY ASSESSMENT
### Application for any New Situs Address, Unit or Account number request

Date: 3/14/24

EXISTING ADDRESS: 216-220 N. BROAD STREET

EXISTING ACCOUNT #: 772024002

CONTACT NAME: JASON FRIEDLAND

Email: jason@iron-stone.com (for confirmation email upon receipt of application)

Phone: 267-207-1475

*[signature]* Authorized Signatory

**Future Use of Property** (Check all that apply and list **how many units** in the space provided)

☐ Residential (4 units or less) #___   ☐ Apartment Bldg #___   ☐ Commercial mix use w/ apartments #___

☐ Planned Unit Development #___   ☐ Industrial #___   ☐ Retail #___   ☐ Condominium #___

☒ Other Commercial/Life Sciences/Healthcare

Address Requested: 1425 RACE STREET

( If there is a preferred address please request; however, OPA reserves the final decision on the address.)

- The City Of Philadelphia will assign the best address to your property in confirmation with NEXTGEN 911 standards. Please do not create any materials with an address until you have received your official Address Notice from the City Of Philadelphia. Hyphenated & 1/2 address will not be issued.
  Example: Hyphenated address (1101-31 Market St), Example: 1/2 address (1101 1/2 Market St)

- <u>Required Documentation</u> submitted/attached to this application:
  1) <u>Original Site Plan</u> **(Electronic Preferred)** with city planning commission, L&I and Survey District Stamps
  2) <u>Sealed/Signed Legal Description(s)</u>: After 11/1/2017 Require City Survey District Review Stamp
  3) Approved Zoning Permits
  4) **PUD & Condo: FINAL Declaration Draft Requires Common Area Legal Description.**
     (Any changes to submitted final dec will need a new application and will seriously delay processing time)
  5) Any other documentation to help explain or support your request should be submitted with the above required documents.

  Once the above referenced documents are submitted we will send proposed new addresses and tax account numbers via email. The new addresses/tax account numbers will officially be established after the new Deed/Declaration has been recorded and a recorded copy sent to the Office of Property Assessment by way of OPAAddressing@Phila.gov

- **A new Deed/Declaration should be recorded ASAP upon receipt of OPA issued "Address Notice"**

Please submit this application and related documents to:

**ATTN: ESD UNIT**
Office of Property Assessment
601 Walnut Street, Suite 300 West
Philadelphia, PA 19106
      Or
email to: OPAAddressing@Phila.gov (preferred method)

Applicants are required to inform the OPA of any revisions to stamped plan, declaration and/or legal description

## Subdivisions, Consolidations, and Lot Line Adjustments
Multiple Agencies—Begins with Streets Department Survey District

REQUIRED FOR ALL CHANGES TO LOT BOUNDARIES:
- ☐ Subdividing a recognized lot or lots
- ☐ Consolidating lots
- ☐ Adjusting lot line locations

PROCEDURE:

### Step 1: Prepare Lot Plans
Always start by visiting your local survey district and purchasing up a copy of the plan of record. You may then choose to hire a private surveyor, or a city surveyor will prepare your plans for a fee.

> Process Time: If using a City surveyor, 6-8 weeks. Complex requests take longer.

CONTACT:

Find your local survey district:
www.philadelphiastreets.com/survey-and-design-bureau

### Step 2: Get Survey District Approval
Completed plans and the legal descriptions of parcels must be reviewed for correctness and stamped by the appropriate Survey District.

> Process Time: Typically 3 weeks, longer for complex projects.

### Step 3: Get Planning Commission Approval
All subdivisions, consolidations, and lot adjustments must be approved by Planning Commission staff.

Subdivisions which create lots with no connection to a legally open street must first complete a PWD Conceptual Stormwater Management Review and be reviewed by the full Planning Commission.

> Process Time:
> - Staff approval only: 10 minutes; reviewed during walk-in hours.
> - PWD Conceptual Approval usually takes 5 days.
> - Full Planning Commission approval: Typically less than five weeks.

CONTACT:

PCPC, Development Planning Division
One Parkway Building, 13th Floor
1515 Arch Street, Philadelphia, PA 19102
215.683.4600, planning@phila.gov

Walk-in Hours: M-F, 8:30 am – 4:30 pm

Plans will not be accepted after 4 pm without an appointment. Meetings can be requested as early as a conceptual plan stage to get feedback from PCPC staff.

### Step 4: Obtain a Zoning Permit
Take all copies of your site plans, a completed Zoning Permit Application, and filing fee to the Department of Licenses & Inspections (L&I) for review. An examiner will then issue a Zoning Permit if the plans comply with all applicable regulations.
  Or
Apply online  https://eclipse.phila.gov

> Process Time: 20 business days. (5-10 days if accelerated for a fee)

CONTACT:

Licenses & Inspections, Permit Services
Municipal Services Bldg., Concourse Level
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102 -215-686-2400
Hours: M-F, 8 am – 3:30 pm, except 8-3 on the last Wed. of the month.

eCLIPSE - 215-686-8686

### Step 5: Submit Plans to OPA
Immediately after obtaining your approved plans from L&I, Electronic copies can be submitted to OPAaddressing@Phila.Gov or drop off a copy to the Office of Property Assessment (OPA). OPA will review the documents and then issue an Address Notice to you by mail or email.

> Process Time: 7 business days if materials are correct.

CONTACT:

Office of Property Assessment
601 Walnut St., 300 W
Philadelphia, PA 19106
OPAAddressing@Phila.gov
215-686-9255
Hours: M-F, 8 am-4 pm

### Step 6: Record Deed
Record your deed with the Dept. of Records using the OPA-assigned address. A Title Company usually prepares your deed for you.

> Process Time: Only a few minutes once deed has been prepared.

CONTACT:

Dept. of Records, Recorder of Deeds
Room 111, City Hall
Philadelphia, PA 19107
215-686-1483
Hours: M-F, 8 am—4 pm

> IMPORTANT: Your subdivision, consolidation, or lot adjustment is not official until you record your deed or declaration

### Step 7: Finalize Address with OPA
Once your deed is recorded, inform OPA using the instructions on the Address Notice that was provided by OPA. OPA will finalize the new addressing process.

> Process Time: Approximately 90 days for the new address to appear in public records.

CONTACT:

Office of Property Assessment
601 Walnut St., 300 W
Philadelphia, PA 19106
OPAAddressing@Phila.gov