# EXHIBIT DD

| | |
|---|---|
| **From:** | Levy, Kevin M. |
| **Sent:** | Wednesday, March 27, 2024 4:32 PM |
| **To:** | Drew Aldinger; Amy Galer; Vincent M Battestelli; opaaddressing@phila.gov; Mathewson Zachariah |
| **Cc:** | Isenberg, Adam H.; Minuti, Mark; Hampton, Jeffrey C.; Pierce, John P.; Rowley, Daniel P. |
| **Subject:** | OPA Addressing Notice; Objection to Change of Address for OPA No. 772024002 |
| **Attachments:** | ESD Application for Change of Address from 216-220 N Broad to 1425 Race Street.pdf |
| **Importance:** | High |

Good afternoon Drew, Amy, Vince, Bob, & Zac –

My firm represents **Center City Healthcare, LLC** which owns the equitable interest in certain property within the former Hahnemann Hospital block. We have very recently learned that a neighboring property owner, **IS BBFB LLC**, has submitted an ESD application (attached) to re-address a parcel it owns *from* 216-220 N. Broad Street, OPA No. 772024002 (the "**Broad Street Parcel**") *to* 1425 Race Street. <u>**Please accept this e-mail as a protest and formal objection to any attempt by IS BBFB LLC to re-address the Broad Street Parcel to any address with a frontage on Race Street**</u>. We will follow up with a formal letter, but wanted to send to you now an e-mail in the interest of time.

Our objection and protest is twofold:

<u>**First, please be aware that the address of the Broad Street Parcel and the rights to enter our client's property to access the Broad Street Parcel are presently an issue in pending litigation**</u> in the United States Bankruptcy Court for the District of Delaware where our client is contesting the right of the owner of the Broad Street Parcel to claim any lot frontage on Race Street. We and our client are actively litigating and opposing efforts by IS BBFB LLC to claim a legal frontage on Race Street, and this move by IS BBFB LLC is premature by all counts. However, if OPA is not willing to outright reject or otherwise deny the ESD application in its entirety, we would respectfully request that OPA withhold taking any final action on the above ESD Application pending final resolution by the bankruptcy court on our client's and IS BBFB LLC's claims.

<u>**Second, as you can see from the below image (the highlighted property is the Broad Street Parcel), no portion of the Broad Street Parcel has any legal street frontage along Race Street**</u>. In fact, each and every parcel that does have legal street frontage along Race Street is equitably owned by our client. If this parcel was being created anew pursuant to a subdivision plan or other lot line relocation, assigning an address along Race Street would not be permissible under modern addressing conventions used under the 911 NEXTGEN system or by OPA. In fact, the only confirmed street that the edge of the Broad Street Parcel lot is contiguous to (see Phila. Code 14-203(318)) is Broad Street on the easterly border of the Broad Street Parcel, and thus the only street frontage that it has is on Broad Street, **not** Race Street.

1



As mentioned above, we will follow up in the next day or so with a formal letter more clearly laying out our position, However, in the interest of time and efficiency we wanted to reach out to you now to formally register our objection and protest on behalf of our client, as the equitable owner of every parcel that has any frontage on Race Street between Broad and North 15th Street, to any attempt by IS BBFB LLC, as owner of the Broad Street Parcel, to re-address the parcel situate at 216-20 N. Broad Street, OPA No. 772024002, with any new address suggesting a legal street frontage on Race Street, whether it be 1425 Race Street or any other address along Race Street.

Please do not hesitate to reach out with any questions.

Thank you for your time and consideration,
Kevin

**Kevin M. Levy**
Associate
Pronouns: He/him/his
**SAUL EWING LLP** | Philadelphia
Office: (215) 972-8459

City of
# Philadelphia

## OFFICE OF PROPERTY ASSESSMENT
Application for any New Situs Address, Unit or Account number request

Date: 3/14/24

EXISTING ADDRESS: 216-220 N. BROAD STREET

EXISTING ACCOUNT #: 772024002

CONTACT NAME: JASON FRIEDLAND

Email: jason@iron-stone.com (for confirmation email upon receipt of application)

Phone: 267-207-1475

*Authorized Signatory*

**Future Use of Property** (Check all that apply and list **how many units** in the space provided)

☐ Residential (4 units or less) #____   ☐ Apartment Bldg #____   ☐ Commercial mix use w/ apartments#____

☐ Planned Unit Development #____   ☐ Industrial#____   ☐ Retail#____   ☐ Condominium #____

☒ Other Commercial/Life Sciences/Healthcare

Address Requested: 1425 RACE STREET

(If there is a preferred address please request; however, OPA reserves the final decision on the address.)

- The City Of Philadelphia will assign the best address to your property in confirmation with NEXTGEN 911 standards. Please do not create any materials with an address until you have received your official Address Notice from the City Of Philadelphia. Hyphenated & 1/2 address will not be issued.
  Example: Hyphenated address (1101-31 Market St), Example: 1/2 address (1101 1/2 Market St)

- <u>Required Documentation</u> submitted/attached to this application:
    1) <u>Original Site Plan</u> **(Electronic Preferred)** with city planning commission, L&I and Survey District Stamps
    2) <u>Sealed/Signed</u> <u>Legal Description(s)</u>: After 11/1/2017 Require City Survey District Review Stamp
    3) Approved Zoning Permits
    4) **PUD & Condo: FINAL Declaration Draft Requires Common Area Legal Description.**
       (Any changes to submitted final dec will need a new application and will seriously delay processing time)
    5) Any other documentation to help explain or support your request should be submitted with the above required documents.

    Once the above referenced documents are submitted we will send proposed new addresses and tax account numbers via email. The new addresses/tax account numbers will officially be established after the new Deed/Declaration has been recorded and a recorded copy sent to the Office of Property Assessment by way of OPAAddressing@Phila.gov

- **A new Deed/Declaration should be recorded ASAP upon receipt of OPA issued "Address Notice"**

Please submit this application and related documents to:

**ATTN: ESD UNIT**
Office of Property Assessment
601 Walnut Street, Suite 300 West
Philadelphia, PA 19106
        Or
email to: OPAAddressing@Phila.gov (preferred method)

Applicants are required to inform the OPA of any revisions to stamped plan, declaration and/or legal description

Page 1 of 2

Rev. 12/13/2022

## Subdivisions, Consolidations, and Lot Line Adjustments
Multiple Agencies—Begins with Streets Department Survey District

REQUIRED FOR ALL CHANGES TO LOT BOUNDARIES:
- ☐ Subdividing a recognized lot or lots
- ☐ Consolidating lots
- ☐ Adjusting lot line locations

### PROCEDURE:

**Step 1: Prepare Lot Plans**
Always start by visiting your local survey district and purchasing up a copy of the plan of record. You may then choose to hire a private surveyor, or a city surveyor will prepare your plans for a fee.

> Process Time: If using a City surveyor, 6-8 weeks. Complex requests take longer.

CONTACT:

Find your local survey district:
www.philadelphiastreets.com/survey-and-design-bureau

**Step 2: Get Survey District Approval**
Completed plans and the legal descriptions of parcels must be reviewed for correctness and stamped by the appropriate Survey District.

> Process Time: Typically 3 weeks, longer for complex projects.

**Step 3: Get Planning Commission Approval**
All subdivisions, consolidations, and lot adjustments must be approved by Planning Commission staff.
Subdivisions which create lots with no connection to a legally open street must first complete a PWD Conceptual Stormwater Management Review and be reviewed by the full Planning Commission.

Process Time:
- Staff approval only: 10 minutes; reviewed during walk-in hours.
- PWD Conceptual Approval usually takes 5 days.
- Full Planning Commission approval: Typically less than five weeks.

CONTACT:

PCPC, Development Planning Division
One Parkway Building, 13th Floor
1515 Arch Street, Philadelphia, PA 19102
215.683.4600, planning@phila.gov

Walk-in Hours: M-F, 8:30 am – 4:30 pm

Plans will not be accepted after 4 pm without an appointment. Meetings can be requested as early as a conceptual plan stage to get feedback from PCPC staff.

**Step 4: Obtain a Zoning Permit**
Take all copies of your site plans, a completed Zoning Permit Application, and filing fee to the Department of Licenses & Inspections (L&I) for review. An examiner will then issue a Zoning Permit if the plans comply with all applicable regulations.
            Or
Apply online  https://eclipse.phila.gov

> Process Time: 20 business days. (5-10 days if accelerated for a fee)

CONTACT:

Licenses & Inspections, Permit Services
Municipal Services Bldg., Concourse Level
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102 -215-686-2400
Hours: M-F, 8 am – 3:30 pm, except
8-3 on the last Wed. of the month.

eCLIPSE - 215-686-8686

**Step 5: Submit Plans to OPA**
Immediately after obtaining your approved plans from L&I, Electronic copies can be submitted to OPAaddressing@Phila.Gov or drop off a copy to the Office of Property Assessment (OPA). OPA will review the documents and then issue an Address Notice to you by mail or email.

> Process Time: 7 business days if materials are correct.

CONTACT:

Office of Property Assessment
601 Walnut St., 300 W
Philadelphia, PA 19106
OPAAddressing@Phila.gov
215-686-9255
Hours: M-F, 8 am-4 pm

**Step 6: Record Deed**
Record your deed with the Dept. of Records using the OPA-assigned address. A Title Company usually prepares your deed for you.

> Process Time: Only a few minutes once deed has been prepared.

CONTACT:

Dept. of Records, Recorder of Deeds
Room 111, City Hall
Philadelphia, PA 19107
215-686-1483
Hours: M-F, 8 am—4 pm

> IMPORTANT: Your subdivision, consolidation, or lot adjustment is **not** official until you record your deed or declaration

**Step 7: Finalize Address with OPA**
Once your deed is recorded, inform OPA using the instructions on the Address Notice that was provided by OPA. OPA will finalize the new addressing process.

> Process Time: Approximately 90 days for the new address to appear in public records.

CONTACT:

Office of Property Assessment
601 Walnut St., 300 W
Philadelphia, PA 19106
OPAAddressing@Phila.gov