# EXHIBIT EE

| | |
|---|---|
| From: | OPAaddressing <OPAaddressing@Phila.gov> |
| Sent: | Thursday, March 28, 2024 8:49 AM |
| To: | Levy, Kevin M.; Drew Aldinger; Amy Galer; Vincent M Battestelli; Mathewson Zachariah |
| Cc: | Isenberg, Adam H.; Minuti, Mark; Hampton, Jeffrey C.; Pierce, John P.; Rowley, Daniel P.; Annette Thornton |
| Subject: | Re: OPA Addressing Notice; Objection to Change of Address for OPA No. 772024002 |

**EXTERNAL EMAIL** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.

The request to change the address was denied by our office when the application was submitted. We are not changing the SITUS address from the Broad St address to Race St

Bob Morgan

OPA Addressing Unit
601 Walnut St Ste.300W
Philadelphia, PA 19106
opaaddressing@phila.gov


City of
**Philadelphia**

From: Levy, Kevin M. <kevin.levy@saul.com>
Sent: Wednesday, March 27, 2024 4:32 PM
To: Drew Aldinger <Drew.Aldinger@phila.gov>; Amy Galer <Amy.Galer@Phila.gov>; Vincent M Battestelli <Vincent.M.Battestelli@phila.gov>; OPAaddressing <OPAaddressing@Phila.gov>; Mathewson Zachariah <Mathewson.Zachariah@Phila.gov>
Cc: Isenberg, Adam H. <Adam.Isenberg@saul.com>; Minuti, Mark <Mark.Minuti@saul.com>; Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Pierce, John P. <John.Pierce@saul.com>; Rowley, Daniel P. <daniel.rowley@saul.com>
Subject: OPA Addressing Notice; Objection to Change of Address for OPA No. 772024002

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Good afternoon Drew, Amy, Vince, Bob, & Zac –

My firm represents **Center City Healthcare, LLC** which owns the equitable interest in certain property within the former Hahnemann Hospital block. We have very recently learned that a neighboring property owner, **IS BBFB LLC**, has submitted an ESD application (attached) to re-address a parcel it owns *from* 216-220 N. Broad Street, OPA No. 772024002 (the "**Broad Street Parcel**") *to* 1425 Race Street. <u>**Please accept this e-mail as a protest and formal objection to any attempt by IS BBFB LLC to re-address the Broad Street Parcel to any address with a frontage on Race Street**</u>. We will follow up with a formal letter, but wanted to send to you now an e-mail in the interest of time.

1

Our objection and protest is twofold:

**First, please be aware that the address of the Broad Street Parcel and the rights to enter our client's property to access the Broad Street Parcel are presently an issue in pending litigation** in the United States Bankruptcy Court for the District of Delaware where our client is contesting the right of the owner of the Broad Street Parcel to claim any lot frontage on Race Street. We and our client are actively litigating and opposing efforts by IS BBFB LLC to claim a legal frontage on Race Street, and this move by IS BBFB LLC is premature by all counts. However, if OPA is not willing to outright reject or otherwise deny the ESD application in its entirety, we would respectfully request that OPA withhold taking any final action on the above ESD Application pending final resolution by the bankruptcy court on our client's and IS BBFB LLC's claims.

**Second, as you can see from the below image (the highlighted property is the Broad Street Parcel), no portion of the Broad Street Parcel has any legal street frontage along Race Street**. In fact, each and every parcel that does have legal street frontage along Race Street is equitably owned by our client. If this parcel was being created anew pursuant to a subdivision plan or other lot line relocation, assigning an address along Race Street would not be permissible under modern addressing conventions used under the 911 NEXTGEN system or by OPA. In fact, the only confirmed street that the edge of the Broad Street Parcel lot is contiguous to (see Phila. Code 14-203(318)) is Broad Street on the easterly border of the Broad Street Parcel, and thus the only street frontage that it has is on Broad Street, **not** Race Street.



2

As mentioned above, we will follow up in the next day or so with a formal letter more clearly laying out our position, However, in the interest of time and efficiency we wanted to reach out to you now to formally register our objection and protest on behalf of our client, as the equitable owner of every parcel that has any frontage on Race Street between Broad and North 15th Street, to any attempt by IS BBFB LLC, as owner of the Broad Street Parcel, to re-address the parcel situate at 216-20 N. Broad Street, OPA No. 772024002, with any new address suggesting a legal street frontage on Race Street, whether it be 1425 Race Street or any other address along Race Street.

Please do not hesitate to reach out with any questions.

Thank you for your time and consideration,
Kevin

**Kevin M. Levy**
Associate
Pronouns: He/him/his
**SAUL EWING LLP** | Philadelphia
**Office:** (215) 972-8459

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+