# EXHIBIT FF


PROPOSED PARCEL "B"
PROPOSED PARCEL "A"
PROPOSED PARCEL "C"
PROPOSED PARCEL "F"
PROPOSED PARCEL "E"
PROPOSED PARCEL "D"
SITE
842067
Pennoni
HAHNEMANN UNIVERSITY HOSPITAL
PROPOSED SUBDIVISION PLAN
PALADIN HEALTHCARE CAPITAL, LLC
DENNIS S. DIBLASIO, PLS
V0802


SITE
Pennoni
HAHNEMANN UNIVERSITY HOSPITAL
EXISTING CONDITIONS PLAN
PALADIN HEALTHCARE CAPITAL, LLC
V0801

| ZONING PERMIT | CITY OF PHILADELPHIA DEPARTMENT OF LICENSES & INSPECTIONS 1401 JOHN F KENNEDY BLVD PHILADELPHIA, PA 19102-1667 | PERMIT NUMBER 842067 | |
|---|---|---|---|
| SUBJECT TO REVOCATION IF FULL INFORMATION IS MISREPRESENTED OR NOT PROVIDED | | FEE **$500.00** | DATE **01/23/18** |
| LOCATION OF WORK: **00222 N BROAD ST PHILADELPHIA, PA 19102-1101 222-48 BROAD ST, OPA CCOUNT NO 77-2-0250-02, PARCEI** | | ZONING CLASSIFICATION **CMX-5** | |
| OWNER **TENET HEALTHSYSTEM HAHNEM PO BOX 92129 SOUTHLAKE TX, 76092** | APPLICANT **Ronald Patterson, Esq. 1835 MARKET STREET Philadelphia, Pa 19103** | PLAN EXAMINER<br>ZONING BOARD OF ADJUSTMENT DECISION CALENDAR #<br>DATE | |

OFFICE COPY

**THIS PERMIT DOES NOT AUTHORIZE ANY CONSTRUCTION UNTIL RELATED CONSTRUCTION PERMITS ARE ISSUED**

**UNDER REGULATIONS OF THE PHILADELPHIA ZONING ORDINANCE FOR**

**ZONING APPROVAL**

FOR THE CREATION OF A UNITY OF USE TO CREATE ONE (1) LOT FOR ZONING PURPOSES (TO BE KNOWN AS 222-48 N BROAD STREET) WITH RESPECTIVE COVENANTS, AGREEMENTS AND EASEMENTS TO BE RECORDED BY DEED TO BIND CURRENT AND FUTURE OWNERS OF THE CONTIGUOUS SIX (6) PARCELS (200-14 N BROAD ST, 216-20 N BROAD ST, 222-48 N BROAD ST, 201-19 N 15TH ST, 221-23 N 15TH ST, 225-51 N 15TH ST) TO PRESERVE THE UNITY OF USE AND THE LEGALITY OF THE ENTIRE PROJECT THAT STEMS FROM SINGLE ZONING LOT TREATMENT. PRIOR TO ISSUANCE OF BUILDING PERMITS AND/OR CERTIFICATION OF OCCUPANCY, PROOF RECORDATION OF EASEMENTS, AGREEMENTS AND RESTRICTIVE COVENANTS MUST BE SUPPLIED. SIZE AND LOCATION AS SHOWN ON PLANS/APPLICATION.
PARCEL FOR USE AS HOSPITAL, GROUP MEDICAL, DENTAL AND HEALTH PRACTITIONERS OFFICE, EDUCATIONAL FACILITIES, BUILDING SERVICES, ACCESSORY PARKING, WIRELESS SERVICE FACILITY, ACCESSORY SIGNS AND BUILDING ID SIGNS. NO CHANGE OF USE ON THIS APPLICATION.

~~SEE A/P NO 839325.~~

SUBJECT TO THE FOLLOWING PROVISOS AS ESTABLISHED BY THE ZONING BOARD OF ADJUSTMENT:

**ANY PERSON AGGRIEVED BY THE ISSUANCE OF THIS PERMIT MAY APPEAL TO THE ZONING BOARD OF ADJUSTMENT (ZBA). FOR INSTRUCTIONS ON FILING AN APPEAL, PLEASE CONTACT THE ZBA AT 215-686-2429 OR 215-686-2430.**

IT SHALL BE THE OWNER'S RESPONSIBILITY TO SECURE THE APPROVAL OF THE PHILADELPHIA HISTORICAL COMMISSION PRIOR TO ANY ALTERATION TO A HISTORIC PROPERTY. TO CHECK THE HISTORIC STATUS OF A PROPERTY, CALL THE PHILADELPHIA HISTORICAL COMMISSION AT 215-686-7660.

FOR ESTABLISHMENTS THAT PREPARE AND SERVE FOOD: APPLICANTS MUST OBTAIN ALL NECESSARY APPROVALS FROM THE HEALTH DEPARTMENT. SEPARATE PLAN REVIEWS AND FEES MAY BE REQUIRED. CONTACT THE PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH - ENVIRONMENTAL HEALTH SERVICES / OFFICE OF FOOD PROTECTION: 321 UNIVERSITY AVE. - 2ND Floor, PHILADELPHIA, PA 19104 TELEPHONE NUMBER: (215) 685-7495

**LIMITATIONS:**
IN CASES WHERE NO CONSTRUCTION OR INTERIOR ALTERATIONS ARE INVOLVED: THIS PERMIT BECOMES INVALID SHOULD THIS USE NOT START WITHIN SIX (6) MONTHS FROM THE DATE OF ISSUANCE OR THE DATE OF ZONING BOARD OF ADJUSTMENT DECISION, WHICHEVER COMES FIRST.

IN CASES WHERE CONSTRUCTION OR INTERIOR ALTERATIONS ARE INVOLVED: THIS PERMIT BECOMES INVALID SHOULD CONSTRUCTION NOT START WITHIN THREE (3) YEARS FROM THE DATE OF ISSUANCE OR THE DATE OF ZONING BOARD OF ADJUSTMENT DECISION, WHICHEVER COMES FIRST.

**THIS PERMIT IS NOT A CERTIFICATE OF OCCUPANCY OR A LICENSE.**

ALL PROVISIONS OF THE CODE AND OTHER CITY ORDINANCES MUST BE COMPLIED WITH, WHETHER SPECIFIED HEREIN OR NOT. THIS PERMIT DOES NOT CONSTITUTE APPROVAL FROM ANY STATE OR FEDERAL AGENCY, IF REQUIRED.

**WITHIN 5 DAYS OF RECEIPT OF THIS PERMIT A TRUE COPY OF THIS PERMIT MUST BE POSTED IN A CONSPICUOUS LOCATION ON THE PREMISES FOR 30 DAYS.**

QL 12/28

222 N BROAD

# APPLICATION FOR ZONING / USE REGISTRATION PERMIT

(For office use only)
APPLICATION # 842067

ZONING CLASSIFICATION CMX-5

PREVIOUS APPLICATION NO. 839325

CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS
MUNICIPAL SERVICES BUILDING – CONCOURSE
1401 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
For more information visit us at www.phila.gov

ACCELERATED REVIEW PAID
Check/Receipt: 15032 15033 15034 Date: 12/1/17

(Applicant completes all information below. Print clearly and provide full details)

LOCATION OF PROPERTY (LEGAL ADDRESS)
222-48 N BROAD (A)

PROPERTY OWNER'S NAME
Tenet HealthSystem Hahnemann, LLC

PHONE #
FAX #

PROPERTY OWNER'S ADDRESS:
Broad & Vine Streets, Ste 521
Philadelphia, PA 19102

LICENSE #
E-MAIL:

APPLICANT:
Ronald J. Patterson, Esquire for Equitable Owners

FIRM/COMPANY:
KLEHR HARRISON HARVEY BRANZBURG LLP

PHONE # (215) 569-4585
FAX # (215) 568-6603

ADDRESS:
1835 MARKET STREET, SUITE 1400
PHILADELPHIA, PA 19103

LICENSE # AC2679771 E-MAIL:

RELATIONSHIP TO OWNER: __TENANT/LESSEE ✓ATTORNEY __DESIGN PROFESSIONAL __CONTRACTOR __EXPEDITOR

## TABULATION OF USES

| FLOOR/SPACE # | CURRENT USE OF BUILDING/SPACE | Last Previous Use | Date Last Used |
|---|---|---|---|
| | SEE ADDENDUM | | |
| | | | |
| | | | |

| FLOOR/SPACE # | PROPOSED USE OF BUILDING/SPACE |
|---|---|
| | SEE ADDENDUM |
| | |
| | |

## STORIES AND HEIGHTS FROM GROUND TO ROOF

| HEIGHT | EXISTING BUILDING FRONT | EXISTING BUILDING SIDE | EXISTING BUILDING REAR | PROPOSED ADDITION / ALTERATION / NEW CONSTRUCTION FRONT | SIDE | REAR |
|---|---|---|---|---|---|---|
| IN FEET | | | | | | |
| IN STORIES | | | | | | |

BRIEF DESCRIPTION OF WORK/CHANGE

SEE ADDENDUM

RELOCATE LOT LINES PARENT APP: 839325

✓ CONTINUED ON ADDITIONAL SHEET (ATTACHED) ✓ ACCELERATED REVIEW CHECK/RECEIPT/M.O NO.

IS THIS APPLICATION IN RESPONSE TO A VIOLATION? ☑NO ☐YES VIOLATION #:

All provisions of the Zoning code and other City ordinances will be complied with, whether specified herein or not. Plans approved by the Department form a part of this application. I hereby certify that the statements contained herein are true and correct to the best of my knowledge and belief. I further certify that I am authorized by the owner to make the foregoing application, and that, before I accept my permit for which this application is made, the owner shall be made aware of all conditions of the permit. I understand that if I knowingly make any false statement herein I ~~am subject~~ to such penalties ~~as~~ may be prescribed by law or ordinance.

APPLICANT'S SIGNATURE: [signature] DATE: 10/13/17

Form 81-16

NOTE:
THIS ZONING TABLE IS PREPARED BASED ON THE PROPOSED SUBDIVISION PLAN ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL PROPOSED SUBDIVISION PLAN," V0802, SHEET 2 OF 2, PREPARED FOR PALADIN HEALTHCARE CAPITAL, LLC.

## ZONING TABLE

### BULK REQUIREMENTS

PHILADELPHIA ZONING ORDINANCE, ZONED COMMUNITY COMMERCIAL MIXED USE (CMX-5)

| SECTION | DESCRIPTION | | REQUIRED/ALLOWED | PROPOSED PARCEL A | PROPOSED PARCEL B | PROPOSED PARCEL C | PROPOSED PARCEL D | PROPOSED PARCEL E | PROPOSED PARCEL F | UNIFIED LOT[2] (PROPOSED PARCELS A-F) |
|---|---|---|---|---|---|---|---|---|---|---|
| | LOT AREA | | | 44,821 SF (1.02894 ACRES) | 50,127 SF (1.15076 ACRES) | 22,383 SF (0.51339 ACRES) | 27,492 SF (0.63112 ACRES) | 38,822 SF (0.89122 ACRES) | 1,628 SF (0.03737) | 185,252 SF (4.2528 ACRES) |
| TABLE 14-602-2 | USE REGULATIONS | | | HOSPITAL/MEDICAL, DENTAL, HEALTH PRACTIONER | HOSPITAL/MEDICAL, DENTAL, HEALTH PRACTITIONER/EDUCATIONAL FACILITIES/WIRELESS SERVICES | HOSPITAL/MEDICAL, DENTAL, HEALTH PRACTIONER | ACCESSORY SURFACE PARKING | EDUCATIONAL FACILITIES/ACCESSORY PARKING | BUILDING SERVICES | MULTI-USES |
| TABLE 14-701-3 (CMX-4/5) | DIMENSIONAL STANDARDS | MAX. OCCUPIED AREA (% OF LOT) | 100% | ±99% (44,454 SF) | ±92% (45,983 SF) | ±99% (22,115 SF) | 0% (0 SF) | ±51% (19,590 SF) | 0% (0 SF) | ±71% (132,142 SF) |
| | | MAX. FLOOR AREA (% OF LOT AREA) | CMX-5: 1200% | 1441% (645,861 SF) | 1087% (544,753 SF) | 755% (168,945 SF) | 0% (0 SF) | 307% (100,287 SF) | 0% (0 SF) | 798% (1,478,837 SF) |
| | | MIN. SIDE YARD WIDTH, EACH (FT.) | IF USED: BUILDINGS ≤ 4 STORIES WITH 3 OR FEWER DWELLING UNITS=5; OHERS =8 | N/A | ±9.7 FT. | N/A | N/A | N/A | N/A | N/A |
| TABLE 14-502-1 /CTR SUMMARY TABLE | 14-502(3)(k) | HEIGHT CONTROLS: BROAD ST AREA MID-NORTH | MAIN CORNICE LINE MAY NOT BE LESS THAN 25FT ABOVE SIDEWALK | ≥ 25 FT | N/A | ≥ 25 FT | N/A | N/A | N/A | ≥ 25 FT |
| | 14-502(4)(a) | SETBACK/BUILD-TO CONTROLS: BROAD ST. AREA CENTRAL | BUILDINGS MUST EXTEND FOR AT LEAST 65% OF LOT FRONTAGE | 100% | N/A | 100% | N/A | N/A | N/A | 100% |
| | 14-502(8)(b) | PARKING & LOADING CONTROLS: BROAD ST AREA MID-NORTH | REQ. PARKING MUST BE ON LOT OR LOT WITHIN 1,000 FT. WHERE NON-ACCESSORY PARKING IS PERMITTED | REQUIRED PARKING NOT PROVIDED ON LOT | N/A | REQUIRED PARKING NOT PROVIDED ON LOT | N/A | N/A | N/A | ON LOT PARKING PROVIDED:125 SPACES |
| | 14-502(8)(e) | PARKING & LOADING CONTROLS: BROAD ST AREA CENTRAL | LOADING & TRASH STORAGE AREAS ARE PROHIBITED UNLESS A SPECIAL EXCEPTION IS OBTAINED | N/A | N/A | EXISTING SHARED LOADING & TRASH STORAGE AREAS IN BELOW GRADE LOADING DOCK | EXISTING SHARED LOADING & TRASH STORAGE AREAS IN BELOW GRADE LOADING DOCK | N/A | N/A | EXISTING SHARED LOADING & TRASH STORAGE AREAS IN BELOW GRADE LOADING DOCK |
| 14-701(5) | CMX-4 & CMX-5 BULK AND MASSING CONTROLS | OPTION B: OPEN AREA, BUILDING WIDTH, SPACING, HEIGHT CONTROLS | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE ≤ 100% 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = 75% | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = ±99% (44,454 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = ±82% (36,301 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = ±92% (45,983 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = ±89% (44,704 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = ±99% (22,115 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = ±78% (17,489 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = 0% (0 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = 0% (0 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = ±50% (19,590 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = ±27% (10,304 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = 0% (0 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = 0% (0 SF) | HEIGHT ≤ 65 FT, MAX. LOT COVERAGE = ±71% (132,142 SF) 65 FT < HEIGHT < 300 FT, MAX. LOT COVERAGE = ±60% (111,778 SF) |

### PARKING & LOADING

| SECTION | DESCRIPTION | | PROPOSED PARCEL A | PROPOSED PARCEL B | PROPOSED PARCEL C | PROPOSED PARCEL D | PROPOSED PARCEL E | PROPOSED PARCEL F | UNIFIED LOT (PROPOSED PARCELS A-F) |
|---|---|---|---|---|---|---|---|---|---|
| | | | EXISTING | EXISTING | EXISTING | EXISTING | EXISTING | EXISTING | EXISTING |
| TABLE 14-802-2 | REQUIRED OFF STREET PARKING | HOSPITAL USE: 1/4 BED DESIGN CAPACITY | 0 SPACES | 0 SPACES | 3 SPACES | 66 SPACES | 12 SPACES | 0 SPACES | 81 SPACES |
| | | EDUCATIONAL FACILITY USE:1/1,000 SF | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 45 SPACES | 0 SPACES | 45 SPACES |
| | | OTHER USES: 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES |
| | | TOTAL | 0 SPACES | 0 SPACES | 3 SPACES | 66 SPACES | 57 SPACES | 0 SPACES | 126 SPACES |
| 14-802(5) | PARKING FOR PERSONS WITH DISABILITIES | 10% OF PARKING SPACES FOR MEDICAL OUTPATIENT FACILITIES (PROPOSED PARCEL D) ALL OTHER USES BASED ON TABLE 14-802-4 | 0 SPACES | 0 SPACES | 0 SPACES | 2 SPACES (2 VAN) | 0 SPACES | 0 SPACES | 2 SPACES (2 VAN) |
| TABLE 14-804-1 | BICYCLE SPACES | PUBLIC PARKING LOTS DEPENDENT ON # OF SPACES OTHER USES: 1 SPACE PER 10,000 SF GFA | 4 SPACES | 16 SPACES | 0 SPACES | 0 SPACES | 48 SPACES | 0 SPACES | 68 SPACES |
| 14-806 | OFF STREET LOADING | DEPENDENT ON GROSS FLOOR AREA OF BUILDING | 0 SPACES | 0 SPACES | 0 SPACES | 0 SPACES | 11 SPACES | 0 SPACES | 11 SPACES |

NOTES:
1. ALL SIGNS AS PREVIOUSLY APPROVED, SIGNAGE IS NOT PART OF THIS APPLICATION.
2. EXISTING, LEGAL NON-CONFORMITY WITH NO RECONFIGURATIONS, CHANGES IN STRUCTURES, AND CHANGES IN USES.

225-51 15th ST

APPLICATION NO. 842067-72
APPROVED SHK DATE 1-10-18
WHEN YOUR PLANS CONTAIN ANY OMMISSION, ERROR OR DEVIATION FROM THESE APPROVED PLANS, IT WILL BE ... THE APPROVAL OF THE ZONING UNIT OF THE DEPARTMENT OF LICENSES & INSPECTIONS ... SERVICE CONCOURSE MUNICIPAL BUILDING
Unity of Use

COMMONWEALTH OF PENNSYLVANIA — REGISTERED PROFESSIONAL — KATHERINE E. CH... — ENGINEER — PE081708

Pennoni
PENNONI ASSOCIATES INC.
1900 Market Street, Suite 300
Philadelphia, PA 19103
T 215.222.3000 F 215.222.3588

ALL DOCUMENTS PREPARED BY PENNONI ASSOCIATES ARE INSTRUMENTS OF SERVICE IN RESPECT OF THE PROJECT. THEY ARE NOT INTENDED OR REPRESENTED TO BE SUITABLE FOR REUSE BY OWNER OR OTHERS ON THE EXTENSIONS OF THE PROJECT OR ON ANY OTHER PROJECT. ANY REUSE WITHOUT WRITTEN VERIFICATION OR ADAPTATION BY PENNONI ASSOCIATES FOR THE SPECIFIC PURPOSE INTENDED WILL BE AT OWNERS SOLE RISK AND WITHOUT LIABILITY OR LEGAL EXPOSURE TO PENNONI ASSOCIATES; AND OWNER SHALL INDEMNIFY AND HOLD HARMLESS PENNONI ASSOCIATES FROM ALL CLAIMS, DAMAGES, LOSSES AND EXPENSES ARISING OUT OF OR RESULTING THEREFROM.

HAHNEMANN UNIVERSITY HOSPITAL
5TH & 6TH WARD
CITY OF PHILADELPHIA, PENNSYLVANIA
ZONING TABLE
PROPOSED PARCELS A-F
PALADIN HEALTHCARE CAPITAL, LLC
222 SOUTH SEPULVEDA BOULEVARD, SUITE 600
EL SEGUNDO, CA 90245

| | |
|---|---|
| PROJECT | PALHC17001 |
| DATE | 2017-12-06 |
| DRAWING SCALE | N.T.S. |
| DRAWN BY | JAS |
| APPROVED BY | KEC |
| | SK-1 |
| SHEET 1 OF 1 | |