# EXHIBIT LL



*30(b)(6)*

Transcript of the Testimony of

**ANDREW EISENSTEIN**

April 08, 2024

**IN RE: CENTER CITY HEALTHCARE, LLC, et al.**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

IN RE: CENTER CITY HEALTHCARE, LLC, et al.                                30(b)(6)
                                                                  ANDREW EISENSTEIN

```
 1              IN THE UNITED STATES BANKRUPTCY COURT

 2                  FOR THE DISTRICT OF DELAWARE

 3    In re:                        )
                                    )
 4    CENTER CITY HEALTHCARE, LLC   ) Chapter 11
      d/b/a HAHNEMANN UNIVERSITY    ) Case No. 19-11466(MFW)
 5    HOSPITAL, et al.,             )
                                    )
 6              Debtors.            )
      _____)
 7    IS BBFB LLC and IS 245 NORTH  )
      15th LLC,                     )
 8                                  )
                Plaintiffs,         )
 9                                  )
                vs.                 ) Adv. Proc. No.
10                                  ) 23-50337(MFW)
      CENTER CITY HEALTHCARE, LLC,  )
11                                  )
                Defendant.          )
12
                          - - -
13              Deposition 30(b)(6) of Plaintiffs IS

14    BBFB LLC and IS 245 NORTH 15th LLC, by and

15    through their designee ANDREW EISENSTEIN, taken

16    pursuant to notice in the law offices of Saul

17    Ewing LLP, Suite 2300, 1201 North Market Street,

18    Wilmington, Delaware, on Monday, April 8, 2024,

19    at 11:22 a.m., before Lorraine B. Marino,

20    Registered Diplomate Reporter, Certified Realtime

21    Reporter and Notary Public.

22                        - - -

23

24                                         **ORIGINAL**

25
```

IN RE: CENTER CITY HEALTHCARE, LLC, et al.30(b)(6)
ANDREW EISENSTEIN

Page 2

```
 1    APPEARANCES:

 2              DEREK E. JOKELSON, ESQ.
                JOKELSON LAW GROUP, P.C.
 3                230 South Broad Street - Ste. 1004
                  Philadelphia, PA  19102
 4                215-735-7556
                  dej@jokelson.com
 5                for Plaintiffs and the Witness

 6              MARK MINUTI, ESQ.
                SAUL EWING LLP
 7                1201 North Market Street - Ste. 2300
                  Wilmington, DE  19801
 8                302-421-6800
                  mark.minuti@saul.com
 9                for Defendant

10    ALSO PRESENT:

11              JOHN DiNOME, ESQ.
                MATTHEW CANNO
12              JASON FRIEDLAND

13                       - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   partnerships are?
 2       A.   There is many different ones, probably
 3   over 50.
 4       Q.   Is there a main partnership that you work
 5   for?
 6       A.   We also have a management company, a
 7   couple management companies.  One is called
 8   Watchtower.  There are some other management
 9   companies as well.
10       Q.   And do you work for Ironstone Real Estate
11   Partners?
12       A.   That's not an official company, but it is
13   sort of a trade name we use, Ironstone.
14       Q.   And of the companies that you mentioned
15   that you work for, is there one company at the
16   top?
17       A.   No, there isn't.
18       Q.   And do you have a title with Ironstone
19   Real Estate Partners?
20       A.   I am a partner.
21       Q.   And were you one of the founding partners?
22       A.   I was, yes.
23       Q.   And how long have you been employed by
24   Ironstone?
25       A.   I have worked for myself for 32 years.
```

```
 1   I think it has been registered with some of the
 2   mapping services and other places so that it is
 3   just more clear where they would bring certain
 4   packages and information.
 5   BY MR. MINUTI:
 6      Q.  You talk about mapping services.  Can you
 7   tell me what you are referring to?
 8      A.  I think, you know, anything and anybody
 9   that would come to find this building, you know,
10   I mean, typically today a lot of people use
11   Google Maps or they will use Waze or something,
12   and if you were to find this building, I mean,
13   you would have to put in a Race Street address,
14   like 1421 Race, in order to find the front door
15   of this business.  So I think the mapping
16   services after enough people go here and put the
17   address in to register, they automatically
18   register it as an address, you know, kind of an
19   access address where people can put in their maps
20   to get to.
21      Q.  Did anybody from the plaintiffs contact
22   Google Maps or Waze to register the address?
23      A.  I'm not sure.
24      Q.  Have you recently tried to use Google Maps
25   or Waze to find the Race Street Labs?
```

```
 1      A.   Yes.
 2      Q.   And what were your results?
 3      A.   I get to 1421 Race Street and, you know,
 4   that's where it takes me.
 5      Q.   And just to be clear, what address do you
 6   put in Waze or Google Maps to get you there?
 7      A.   I use both.  Sometimes I use Waze and I
 8   will put in 1421, and it comes up as Race Street
 9   Labs.  And I also -- I think I use Apple Maps,
10   and I will put in Race Street Labs, and it will
11   come up -- it will send me to the middle of Race
12   Street, which is basically 1421 Race.
13           MR. JOKELSON:  Do you want to see
14   what comes up?
15           MR. MINUTI:  No.  No, thank you.
16           MR. JOKELSON:  I will show the
17   witness.
18   BY MR. MINUTI:
19      Q.   Is any portion of Parcel C as we sit here
20   today registered with any state or federal office
21   or agency with a Race Street Labs address?
22      A.   Which agencies are you asking if it is
23   registered with?
24      Q.   Any, any federal or state agencies.
25      A.   Federal or state agencies.
```