# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>　　Defendant. | Adv. Proc. No. 23-50337 (MFW) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on April 18, 2024, I caused a copy of the [REDACTED] *Memorandum (Modified) of Law Of Debtor Center City Healthcare, LLC In Opposition To Plaintiffs' Motion For Preliminary Injunctive Relief* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Mark Minuti*
　　Mark Minuti (DE Bar No. 2659)
　　1201 North Market Street, Suite 2300
　　P.O. Box 1266
　　Wilmington, DE 19899
　　(302) 421-6840

Dated: April 18, 2024

52121508.1

**Service List**

Jeffrey M. Carbino, Esquire
Leech Tishman Fuscado & Lampl
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
jcarbino@leechtishman.com

Derek E. Jokelson, Esquire
Jokelson Law Group, P.C.
230 South Broad Street, 10th Floor
Philadelphia, PA 19102
dej@jokelson.com

Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
kurtzman@kurtzmansteady.com

52121508.1