IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> (Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CENTER CITY HEALTHCARE, LLC, <br><br> Defendant. | Adv. Proc. No. 23-50337 (MFW) <br><br><br> **Re: Docket Nos. 109 and 116** |

**NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR APRIL 25, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**MATTERS GOING FORWARD:**

(*IS BBFB LLC and IS 245 North 15th LLC v. Center City Healthcare, LLC* – Adversary No. 23-50337-MFW)

1. Plaintiffs IS BBFB LLC and IS 245 North 15th LLC's Motion for Preliminary Injunctive Relief [Adv. Docket No. 41; filed: 02/05/24]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

52195326.1 04/24/2024

Response Deadline:  April 5, 2024 at 4:00 p.m.

Responses Received:

A. [**FILED UNDER SEAL**] Memorandum (Modified) of Law of Debtor Center City Healthcare, LLC in Opposition to Plaintiffs' Motion for Preliminary Injunctive Relief [Adv. Docket No. 105; filed: 04/18/24]

B. [**REDACTED**] Memorandum (Modified) of Law of Debtor Center City Healthcare, LLC in Opposition to Plaintiffs' Motion for Preliminary Injunctive Relief [Adv. Docket No. 107; filed: 04/18/24]

Related Documents:

C. Notice of Hearing on Plaintiffs IS BBFB LLC and IS 245 North 15th LLC's Motion for Preliminary Injunctive Relief [Adv. Docket No. 70; filed: 02/23/24]

D. [**FILED UNDER SEAL**] Plaintiff's Reply Memorandum of Law in Further Support of Their Motion for Preliminary Injunctive Relief [Adv. Docket No. 108; filed: 04/19/24]

E. Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Preliminary Injunctive Relief [Adv. Docket No. 110; filed: 04/23/24]

F. Plaintiffs' Supplemental Exhibits 50 Through 69 To Plaintiffs' Reply Memorandum Of Law [Adv. Docket No. 111; field: 04/23/24]

G. Plaintiffs' Re-Filed Exhibits 43, 44 and 45 to Plaintiffs' Reply Memorandum Of Law [Adv. Docket No. 113; field: 04/23/24]

H. Plaintiff IS BBFB LLC and IS 245 North 15th LLC's Witness and Exhibit Lists in Support of Their Motion for Preliminary Injunctive Relief [Adv. Docket No. 114; filed: 04/23/24]

Additional Documents:

I. Debtor Center City Healthcare, LLC's Witness and Exhibit List for Plaintiffs IS BBFB LLC and IS 245 North 15th LLC's Motion for Preliminary Injunctive Relief for the April 25, 2024 Hearing [Adv. Docket No. 115; filed: 04/24/24]

**Status:  This matter has been resolved.**

2. Center City Healthcare, LLC's Motion for Entry of an Order Authorizing the Filing of Its Memoranda of Law Under Seal [Adv. Docket No. 106; filed: 04/18/24]

Response Deadline:  At the April 25, 2024 hearing

Responses Received:  None to date

<u>Related Documents</u>:  None

**<u>Status</u>:  This matter is continued to a date to be determined.**

| | |
|---|---|
| Dated: April 24, 2024 | **SAUL EWING LLP** |
| | By: */s/ Mark Minuti* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |